## <u>DECLARATION OF JOEL GIROIR</u>

I, Joel Giroir, declare the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.    My name is Joel Giroir, and I am over the age of 18 and competent to make this declaration.

2.    I am currently being held in the custody of the Louisiana Department of Safety and Corrections ("DOC") in St. Tammany Parish Jail.

3.    I am entitled to immediate release. I have already been held past my legal release date. I am being overdetained by the DOC. I should not still be in jail.

4.    I have served enough jail time to be eligible for immediate release. I was held on an attachment with no bond in case number 589-169 and held on a $5000 bond in case number 589-855 in St. Tammany Parish Jail from January 30, 2018, to March 13, 2018. I was held with no bond on case numbers 589-855 and 589-169 from June 12, 2018 until July 19, 2018. On July 19, 2018, I was sentenced to 90 days in DOC custody in lieu of revocation. I served 110 days in Concordia Parish Jail. I turned myself into St. Tammany Parish Jail on January 22, 2021, and was incarcerated there until my revocation date on January 26, 2021.

5.    On January 26, 2021, I had a probation revocation and resentencing hearing. I was sentenced to one year in DOC custody.

6.    Under Louisiana's "good time" law, I am entitled to a diminution of sentence. Because of my good behavior and because I was not convicted of crimes of violence, I am only required to serve 35 percent of my one-year sentence, or 128 days.

7.    As of the date of my revocation and sentencing on January 26, 2021, I had served at least 192 days in jail on my one-year sentence. So on the date of my sentencing, I was eligible for immediate release.

8.    I was not immediately released on January 26, 2021, even though I had already served at least 64 days over my sentence. I still have not been released. I am being overdetained in DOC custody.

9.    I understand that this lawsuit is being filed as a class action with me as a proposed class representative. As a named plaintiff in this lawsuit, to the best of my ability, I have been working with my attorneys to help them prepare and work on this case. I will continue to do so. I am available to them to assist with the case, and they are available to me to answer questions and to explain and keep me updated on the litigation. I regularly speak with my attorneys and their staff to provide information in support of this lawsuit. I have responded and will continue to respond to the lawyers' requests for information about my overdetention to the best of my ability. I intend to continue working zealously with my attorneys on behalf of other individuals overdetained in Louisiana as long as I am a named plaintiff.

10.     I have authorized my attorney, Nishi Kumar, to sign this declaration on my behalf given the difficulty of arranging jail visitation during the COVID-19 pandemic. If required to do so, I will provide a signature when I am able to do so.

11.     This declaration was read to me in English, and I was able to make changes and corrections.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge.

_____          02/18/2021
Signature                                                                                  Date
Nishi Kumar on behalf of Joel Giroir


I, Nishi Kumar, declare the following under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.     I am a licensed attorney in good standing in Louisiana.

2.     I represent the declarant Joel Giroir. Out of necessity in light of the COVID-19 pandemic, I signed the attached declaration on his behalf with his express consent.

3.     I spoke with Mr. Giroir over the phone and over video call and reviewed this declaration with him verbatim. He has confirmed that I may sign on his behalf as reflected in his declaration.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and that this declaration was executed on February 18, 2021, in New Orleans, Louisiana.

                                                                Signature:

                                                                _____
                                                                Nishi Kumar
                                                                February 18, 2021