1

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA


RODNEY GRANT,                        CASE NO.

        Plaintiff,                   17-cv-2797-NJB-DMD

VERSUS

MARLIN GUSMAN, et al.,

        Defendants.

_____

              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA


JOHNNY TRAWEEK,                      CASE NO. 19-1384

        Plaintiff,                   SECTION "F"

VERSUS

MARLIN GUSMAN, et al.

        Defendants.
```

      30(b)(6) DEPOSITION OF THE DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS, through its designated representative, MELANIE M. GUEHO, given in the above-entitled cause, pursuant to the following stipulation, before Sandra P. DiFebbo, Certified Shorthand Reporter, in and for the State of Louisiana, at the Department of Corrections, 504 Mayflower Street, Baton Rouge, Louisiana, on the 3rd day of February, 2020.

```
 1  APPEARANCES:
 2
 3            LAW OFFICE OF WILLIAM MOST, L.L.C.
              BY:  WILLIAM MOST,
 4            ATTORNEY AT LAW
              201 St. Charles Avenue
 5            Suite 114-101
              New Orleans, Louisiana  70170
 6            Representing the Plaintiff
 7
              LOUISIANA DEPARTMENT OF JUSTICE
 8            OFFICE OF THE ATTORNEY GENERAL
              LITIGATION DIVISION, CIVIL RIGHTS SECTION
 9            BY:  JEFFERY A. "BEAU" WHEELER, II,
              ATTORNEY AT LAW
10            1450 Poydras Street, Suite 900
              New Orleans, Louisiana  70112
11            Representing the State of Louisiana,
              Department of Corrections
12
13
14  Also Present:
15            REBECCA RAMASWAMY, ESQ.
16
17  Reported By:
18
19            Sandra P. DiFebbo
              Certified Shorthand Reporter
20            State of Louisiana
21
22
23
24
25
```

```
 1      E X A M I N A T I O N              I N D E X
 2
 3                                          Page
 4    BY MR. MOST:                          5, 71
 5    BY MR. WHEELER:                       70
 6
 7
 8
 9      E X H I B I T                      I N D E X
10                        Page
11
12    Exhibit 1                             12
13    Exhibit 2                             19
14    Exhibit 3                             20
15    Exhibit 4                             21
16    Exhibit 5                             29
17    Exhibit 6                             29
18
19
20
21
22
23
24
25
```

S T I P U L A T I O N

It is stipulated and agreed by and between Counsel for the parties hereto that the deposition of THE DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS, through its designated representative, MELANIE GUEHO, is hereby being taken pursuant to the Federal Rules of Civil Procedure for all purposes in accordance with law;

That the formalities of reading and signing are specifically waived;

That the formalities of sealing, certification, and filing are hereby specifically waived.

That all objections, save those as to the form of the question and responsiveness of the answer are hereby reserved until such time as this deposition or any part thereof is used or sought to be used in evidence.

* * * * *

Sandra P. DiFebbo, Certified Shorthand Reporter, in and for the State of Louisiana, officiated in administering the oath to the witness.

```
 1          MELANIE GUEHO, 504 Mayflower Street,
 2     Baton Rouge, Louisiana, 70802, having been
 3     first duly sworn, was examined and testified on
 4     her oath as follows:
 5          MR. MOST:
 6               This is William Most, counsel to
 7          plaintiffs.  The first question I have
 8          is for counsel.  Can we stipulate that
 9          today's deposition was properly
10          noticed, and the court reporter is duly
11          qualified?
12          MR. WHEELER:
13               Yes.
14          MR. MOST:
15               Would you like to make the statement
16          that you suggested?
17          MR. WHEELER:
18               As a preliminary matter, any
19          questions -- we'd like to make it very
20          clear on the record that any questions
21          asked that elicit testimony that is
22          outside the scope of the topics listed
23          in notice for this deposition will be
24          lay witness testimony.  As such, any
25          such questions will elicit an object to
```

```
 1   without having my table, but, no.  And then there
 2   is one code that we have for out of state cases, so
 3   they're not all Louisiana.
 4        Q.   The next column is Admit Date.  That's
 5   the admission date of this inmate into DOC custody
 6   for this particular incarceration period?
 7        A.   Correct.
 8        Q.   It looks like usually the admit date is
 9   the same as the sentencing date, because someone is
10   sentenced to the custody of the DOC, and so that's
11   their admit date, correct?
12        A.   Correct.
13        Q.   Admit date doesn't necessarily mean when
14   the person was physically brought to the DOC,
15   correct?
16        A.   It is when he is -- physically brought,
17   meaning one of our state facilities, no, but when
18   he is admitted to DOC custody, yes.
19        Q.   So the person is considered to be
20   admitted to DOC custody on the day they are
21   sentenced to the custody of the Department of
22   Corrections, correct?
23        A.   Yes and no.  I think sometimes I don't
24   know how the court system works, so I'm going to
25   say yes and no.
```