# Department of Corrections Lean Six Sigma 2012 PreClassification

- ➢ **PROJECT REVIEW**
- ➢ **RESULTS & RECOMMENDATIONS**
- ➢ **NEXT STEPS**

# Project Review

## Timeline: February 13, 2012 – September 25, 2012

**PHASES OF LSS: DMAIC**

- Define
- Measure
- Analyze
- Improve
- Control



Project Timeline – DOC Lean Six Sigma Improvement Project

# Project Team

**The LSS Team consisted of**

- **7 DOC STAFF**
- **5 DPS LSS TRAINED STAFF**
  **(INCLUDING 3 CERTIFIED LEAN SIX SIGMA ENGINEERS)**
- **3 PROJECT CHAMPIONS:**
  - **Secretary James LeBlanc**
  - **Undersecretary Thomas Bickham**
  - **Chief Jeff Travis**

# Business Case

As of January 2012:

- 1446 backlog of cases to have time computed (TC)
- 110 day average processing delay
- 79% variability in the aging of the backlogged cases
- 25% of the cases in backlog exceeded 123 days in process time from Conviction to TC
- 83.44% occurrence of an immediate release upon processing (due to an earlier release date, excluding those with CTRP credit)

# Project Goals

- Reduce Transfers per Offender prior to assignment to ARDC from 2.65 to 1.9
- Reduce Transfers per Offender prior to Immediate Release from 1.83 to 1.1
- Eliminate the Backlog from 1310 to 0 (Conviction to P/C Ready for transfer)
- Reduce the percentage of Immediate Releases by 80% (from 2252 to 450/yr).  (excludes the immediate releases due to CTRP credit)
- Reduce the average number of days per case for immediate releases from 71.69 days (non-CTRP) to 31 days

# What we measured

- MEASURED THE AMOUNT OF WORK AND THE TIME IT TAKES TO COMPLETE THE WORK

- PROCESS MAPPED THE PROCESS

- COLLECTED VOICE OF THE CUSTOMER (VOC)

# Measured work and the time it takes to flow through the process



Clerk of Court

BJG Jails

DOC

LSA received support from
17 Sheriffs to assist in
manual data collection
during April/May.

# Process Map & Cycle Time



### Value Stream Map
Preclassification Process

w/out Revocation

Overall Cycle Time Conviction to TC=  38.32d
Based on data collected manually 4.9 thru 5.14

# Voice of the Customer



# What we tested

- **HYPOTHESIS**
- **PILOTS**

# Hypothesis

Productivity will increase when

1) management routines are put in place that give the Supervisor the tools needed to manage the work and <u>make staff accountable for the quality and quantity of work performed</u>.

2) a central office structure is in place that eliminates field distractions and allows staff to focus solely on the PC work.

3) the PC work is assigned differently, separating case work by function.

4) a combination of the above solutions is employed.

# Pilots



| | | | | |
|---|---|---|---|---|
| **Test Cell A** Management Routines | **Test Cell B** Process work differently | **Test Cell C-1** Centralized + Management Routines | **Test Cell C-2** Centralized location + Management Routines + Process work differently | **Test Cell D** Control |
| **Test Cell A** EHCC AVC | **Test Cell B** DCI JLDCC | **Test Cell C-1** CENTRAL 1 | **Test Cell C-2** CENTRAL 2 | **Test Cell D** FWCC DWCC PCC LSP |

Pilots were conducted for 6 weeks: 3 weeks during Improve and 3 weeks during Control phases.  Data was collected data from all locations, except the Test Cell D.

# Results & Recommendations

- TEST CELL RESULTS
- STATEWIDE VITALS PRE & POST LSS
- FINANCIAL IMPACT
- GOALS REVISITED
- CONCLUSIONS
- LESSONS LEARNED
- RECOMMENDATIONS

# Results by Test Cell



| Test Cell | Cycle Time (Conviction to TC Complete) | Productivity (Cases/mH) | Backlog | WIP | Immediate Releases | Transfers |
|---|---|---|---|---|---|---|
| Management | 80.41 | 0.58 | 110 | 225 | 30 | 327 |
| Process | 47.14 | 0.12 | 7 | 45 | 18 | 134 |
| Central | 44.97 | 0.87 | 32 | 88 | 13 | 84 |
| Pilot Control | 48.71 | 0.23 | 94 | 197 | 32 | 196 |

Overall the Centralized Office outperformed all other test cells, as well as the Pilot Control group.

Data Notes: Process test cell included JLDCC which closed in July and had no further institution work.

# Productivity by Test Cell



All Pilots:
Avg Productivity
= 1.11 cases/mh

Based on self-reported pilot data (all pilots): the process is capable of 1.6 case/mh

**Productivity by Pilot Group**
**Improve vs Control**

Legend: ■ Improve (July)   ■ Control (Aug)

Categories: Management Routines Only, Process work differently, Management & Process together, Centralized Office, Control Offices

The Central office had the highest productivity.  The Central office outperformed the offices that did not test any improvements by 2.8x.   The improvement was sustained during Control phase.  During Control, the Central office began to process releases as well as initial PC time comp.

# Statewide Vitals Pre & Post LSS

| Metric | Baseline May | Goal | Improve July 9–27 | Control July 30–Aug 17 | % Improvement PRE to POST–LSS |
|---|---|---|---|---|---|
| Backlog^ (>47d from Conviction) | 416 | 0 | 467 | 243 | 41.6% |
| WIP | 1630 | 400 | 1087 | 997 | 38.8% |
| Cycle Time Days (Conviction to TC complete) | 110 | 47 | 64.4 | 58.29 | 47% |
| Productivity (cases/PC manhour worked on initial TC) | 0.41 | 1.0 | 0.32 | 0.35 | –14.6% |

^ The definition of **backlog** was changed to be any case that is >47 days since conviction.

**WIP** = Work in Progress= Any case that has been received into PC, but has not been worked (non-automated + automated).  Non-automated WIP is a manual, self-reported count.

**\***PC received date was not being captured consistently in baseline data.

# Statewide Vitals Pre & Post LSS

| Metric | Baseline May | Goal | Improve July 9–27 | Control July 30–Aug 17 | % Improvement PRE to POST-LSS |
|---|---|---|---|---|---|
| # Immediate Releases/yr | 2252/yr | 1802 | 2628/yr | 1560/yr | 30.7% |
| # Overdue days/case | 71.70 | 31 | 133.41 | 60.52 | 15.6% |
| # Transfers/ offender (prior to ARDC) | 2.65 | 1.9 | 2.74 | 1.37 | 28.3% |
| # Transfers/ offender (prior to IR) | 1.83 | 1.1 | 2.05 | 1.33 | 27.3% |

# Financial Impact
# of Reducing Immediate Releases & Transfers

- The # of Immediate Releases have been reduced to a rate of 1612 per year.
- The average # of days each Immediate Release is past their release date has been reduced to 60.52 days.

1612 cases @ 60.52 days/case @ $25=
$2,438,956 cost for Immediate Releases after LSS

Baseline cost was
2252 Immediate Releases @ 71.70 days/case @ $25=
$4,574,460 cost for Immediate Releases

# Projected annualized savings= $2,135,504

# Financial Impact when goal is met



Reducing the **# of days overdue** of non-CTRP releases from 71.70 days to 31 days
AND
Reducing the **# of non-CTRP Immediate Releases** from 2252 to 450 per year
would yield an annualized projected savings of $3,687,960 for the department

Projected Cost Reduction:
FROM
❑ 2252 non-CTRP Immediate Releases x 71.70 days overdue x $25 = $4,036,710

TO
❑ 450 non-CTRP Immediate Releases x 31 days overdue x $25 = $348,750

**$3,687,960 annualized savings**

# Goals Revisited

| Metric | Baseline | Goal | Results |
|---|---|---|---|
| Transfers per Offender prior to assignment to ARDC and/or Immediate Release | 2.65/ 1.83 transfers | 1.9/ 1.1 Transfers | 1.37/1.33 |
| PC backlog (Conviction to PC ready for transfer= Time Comp completed) | 1310 | 0 | WIP=997 (Backlog >47d= 243) |
| # of Immediate Releases (exclude IR due to CTRP credit) | 2252 releases/yr | Reduce 80% to 450 releases/yr | 1560/yr |
| Avg # of days/case for Immediate Releases | 71.69 days (non-CTRP) | 31 days | 60.52 |

# Conclusions

➢ Both the Management Routine and Central Office pilots outperformed Control offices with regard to productivity and cycle time.

➢ The Central Office had the best performance and demonstrated the process capability to produce 1 completed case (time computation) per manhour worked, including releases.

➢ All pilots either sustained or increased improvement during CONTROL phase.

➢ The Process pilot failed to adopt a structured schedule.  This is thought to be due to turnover and reorganization, as well as other facility priorities assigned to the staff, during the pilot period.

# Lessons Learned

➢ Facility related operations are frequently prioritized over and instead of PC work, to the extent that only 56% of the PC staff resources perform PC work regularly.

➢ Field reported data depends on the accuracy of the field staff reporting it.

➢ Inconsistencies in the quality of the work today requires 100% review by the Supervisor.

➢ When testing the two processes of assigning work at the Central office, "cross pollination" occurred such that the solution that worked best was adopted by both during the pilot, effectively only testing the solution of assigning work based on the functional steps of the process.

➢ While turnover disrupts the office, employee competency is not a determinate factor of productivity.

# Work evaluated



1. Data was evaluated to determine the volume of PC work currently performed at each facility.

2. Logic was applied to calculate the # of manhours (MH)- # FTE-needed for PC work performed.

# PreClassification Work



- PreClassification work includes the following processing of offenders housed at local facilities:
  - ○ Time Comp at conviction
  - ○ Immediate Release processing
  - ○ CTRP credit
  - ○ Forfeitures
  - ○ Record management of offender files



PreClassification

# Logic for PC Work

- Time comp= 1 MH/ case

- Releases= 1 MH/ case

- CTRP credit= 0.5 MH/ case

- # Time Comp was based on # of Convictions by parish assignments where the convictions were processed.

- Releases were based on the parish of release.

- CTRP was counted based on historical data.

- Female PC work was calculated for LCIW and LSP.

# Recommendations

## 1) Create a Central Office for Preclassification Functions

➢ Locate a specialized Preclassification Central Office at headquarters to perform all PC tasks and avoid distractions to PC workflow created by field operations.

➢ Implement management routines as piloted in the LSS project.

➢ Design supervision to provide direct accountability and consistency of procedures and training.

➢ Build the # of positions based on the process capacity revealed in the LSS study.

➢ Centralize the active files as well.  File maintenance is critical to workflow and should be supervised in the same work arena as the PC functions.

# Additional Recommendations

## 2) Eliminate the requirement for Clerk of Court offices to submit court minutes.

- Revise legislative statute to eliminate the requirement for Clerks of Court to submit court minutes.
- Ensure compliance with timely submission of the Uniform Commitment Order in addition to the PC documentation.
- Provide communication of the requirements with all stakeholders.

## 3) Create a system for knowledge sharing

- Standardize PC and time computation procedures.
- Provide a resource for new employees to reference.

## 4) Develop an electronic case file

- Build the new computer system to allow for PC documents to be attached to the file electronically.
- Reduce the transferring of paper files between institutions.

# Next Steps

- Implement a Central Office

- Develop knowledge sharing for PC procedures and training

- Develop Content Management to create an electronic PC file

- Explore options to minimize documentation required from partners to initiate PC

# Implement a Central Office

- **STRUCTURE AND LOCATION**
- **BUSINESS REORGANIZATION**
- **TIMELINE**
- **DIVISION OF WORK AND EMPLOYEES**
- **AFFECT TO CUSTOMERS**

# Structure & Location

- Location
  - Baton Rouge
- Staff
  - 37 Employees (36 ARDC + 1 Admin)
- Organization
  - 30 analysts/ 5 supervisors/ 1 manager/ 1 administrative support
- Function
  - 5 teams with work assigned in a balanced manner
  - Includes initial time comp, releases, CTRP and supplemental for offenders in local facilities
- Management
  - Direct line of sight and accountability
  - Performance metrics monitored

# Central Office Organizational Structure



Total = 37 employees

Work would be balanced between 5 teams.  Teams would be developed to  provide a functional conveyor belt for workflow.

# Review Staff Changes

106 ARDC positions NOW to perform Classification/ Records & PC work

36* FTE to Central Offc for PC work

70 FTE to perform Classification / Records work at Facilities

*+ 1 Admin Coord

# Staffing changes by facility



# Business Reorganization Plan

- No jobs eliminated
- Employees on DPRL if choose not to relocate
- Job descriptions will change
- Red circle pay
- Notification of employees

# Timeline

November            Submit Business Reorganization Plan
                    Notification to employees

January             Once plan approved,
                    Move staff and files to Central Office

February            Fully functioning Central Office

# Action items

- Each facility to provide a proposed organizational chart for the remaining Classification/ Records positions

- Proposed organizational charts are due November 9th to Darryl Campbell.

- Proposed job descriptions for the remaining positions (classification and records functions) are due to Jason Chapman by November 9th.

NOTE:  The LSS Team has done preliminary evaluations on workload data for each facility class/records functions using the formulas similar to those used for evaluation of  PC work. Wardens interested in discussing this information for their individual units can contact Angela Whittaker to arrange a time to meet with the team individually.

# How does this affect our internal customers?

- Warden
  - Opportunity to reevaluate class/records position functions
  - Limited time comp functions remain
  - Reduction of "pants on fire" work
  - Less staff/no PC work
- Staff
  - Relocation of PC function/positions
  - More consistent and thorough training for those doing time comp functions
  - More peer review/ less supervisory review and rework
  - Reduced number of inquiries for TC
  - Reduction of "pants on fire" work
- Offender
  - Less wait time for TC
  - Less releases beyond due  date
  - Reduced number of inquiries for TC
  - Fewer ARPs

# How does this affect our external customers?

- Local Facilities
  - Change in point of contact (Central Office) concerning PC business
  - Less transfers
  - Less Immediate Releases
  - Less revenue when releases are beyond TC date
- Clerk of Courts
  - UCO changes will reduce required documents
  - Different point of contact (Central Office) for PC business
- Judges
  - UCO changes will increase necessity for UCO to be complete