```
            UNITED STATES DISTRICT COURT
            MIDDLE DISTRICT OF LOUISIANA


DE'JUAN THOMAS,
        Plaintiff,


    V.                      3:17-cv-01595-SDD-EWD

SALLY GRYDER, JAMES LEBLANC,
JERRY GOODWIN, DOES 1-10,
        Defendants.
_____
BRIAN McNEAL,
            Plaintiff,
    V.                      No. 18-cv-00736-JWD-EWD

LOUISIANA DPS&C, et al.
            Defendants.
_____
ELLIS RAY HICKS,
        Plaintiff,
    V.                      No. 19-108-SDD-RLB

LOUISIANA DPS&C, et al.
        Defendants.
_____
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA


RODNEY GRANT,
        Plaintiff,

    V.         Case No. 17-cv-2797-NJB-DEK

MARLIN GUSMAN, et al.
        Defendants.
_____
```

```
 1            30(b)(6) DEPOSITION OF THE LOUISIANA
 2   DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS,
 3   through its designated representative, ANGELA
 4   WHITTAKER, given in the above-entitled cause,
 5   pursuant to the following stipulation, before
 6   Sandra P. DiFebbo, Certified Shorthand Reporter, in
 7   and for the State of Louisiana, at the Louisiana
 8   Department of Public Safety & Corrections, 504
 9   Mayflower Street, Baton Rouge, Louisiana, on the
10   31st day of May, 2019, commencing at 10: 23 a.m.
11   APPEARANCES:
12
             WILLIAM MOST,
13           ATTORNEY AT LAW
             201 St. Charles Avenue
14           Suite 114, #101
             New Orleans,Louisiana  70170
15           Representing the Plaintiffs
16
17           LOUISIANA DEPARTMENT OF JUSTICE
             OFFICE OF THE ATTORNEY GENERAL
18           BY:  JAMES "GARY" EVANS, ATTORNEY AT LAW
             JEFFERY "BEAU" WHEELER, ATTORNEY AT LAW
19           HEATHER HOOD, ATTORNEY AT LAW
             ELIZABETH DESSELLE, ATTORNEY AT LAW
20           1885 N. Third Street
             Baton Rouge, Louisiana  70802
21           Representing the Defendants
22
     Reported By:
23
             Sandra P. DiFebbo
24           Certified Shorthand Reporter
             State of Louisiana
25
```

```
 1      E X A M I N A T I O N           I N D E X

 2

 3                                          Page

 4   BY MR. MOST:                           5, 39

 5   BY MR. EVANS:                          37

 6

 7

 8

 9      E X H I B I T                   I N D E X

10

11                       Page

12

13   Exhibit A                              8

14   Exhibit B                              9

15   Exhibit C                              9
```

S T I P U L A T I O N

It is stipulated and agreed by and between Counsel for the parties hereto that the deposition of THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, through its designated representative, ANGELA WHITTAKER, is hereby being taken pursuant to the Federal Rules of Civil Procedure for all purposes in accordance with law;

That the formalities of reading and signing are specifically reserved;

That the formalities of sealing, certification, and filing are hereby specifically waived.

That all objections, save those as to the form of the question and responsiveness of the answer are hereby reserved until such time as this deposition or any part thereof is used or sought to be used in evidence.

* * * * *

Sandra P. DiFebbo, Certified Shorthand Reporter, in and for the State of Louisiana, officiated in administering the oath to the witness.

```
 1            ANGELA WHITTAKER, 504 Mayflower Street,
 2      Baton Rouge, Louisiana, 70802, having been
 3      first duly sworn, was examined and testified on
 4      her oath as follows:
 5  EXAMINATION BY MR. MOST:
 6      Q.   Good morning, Miss Whittaker.  My name is
 7  William Most.  I represent the plaintiffs in the
 8  four cases that we're here for today.  This is a
 9  question for your attorney.
10            MR. MOST:
11                 Mr. Evans, can we stipulate that the
12              deposition today was properly noticed,
13              and the court reporter is duly
14              qualified?
15            MR. EVANS:
16                 We can.
17            MR. MOST:
18                 Great.
19  BY MR. MOST:
20      Q.   Miss Whittaker, would you state your name
21  and title for the record?
22      A.   Angela Whittaker, Executive Management
23  Advisor.
24      Q.   And you work here at the Department of
25  Corrections?
```

```
 1   interventions, right?
 2        A.   Yes, you're right.
 3        Q.   So this approximately 79-day number
 4   represents the DOC's, to the best of its knowledge
 5   in 2012, about how long it was taking for documents
 6   to wait at the DOC to be calculated?
 7        A.   Correct.
 8        Q.   This Six Sigma investigation found a lot
 9   of overdetention as a baseline, right?
10        A.   Correct.
11        Q.   And with some tinkering modestly improved
12   that overdetention, correct?
13        A.   Correct.
14        Q.   But there was still a lot overdetention
15   even after the interventions of the Six Sigma
16   process, correct?
17             MR. EVANS:
18                  Object to form.  You can answer.
19             THE WITNESS:
20                  Correct.
21   BY MR. MOST:
22        Q.   A lot of human beings were held in prison
23   past the point where their sentence was complete,
24   correct?
25        A.   Correct.
```