February 2019(Redacted)

```
*
* DOC    .                  .                 .SENTENCE.CRT. ADMIT  .TMCOMP  . CTRP    .TMCOMP  .RAW      .RELEASE .days  .PREC   .SENT TO.RECEIV .TM REDY.TM TO .CTRP .RAW TO .JAIL  .CTRP
* NUMBER .   LAST NAME       . FIRST  NAME    . DATE   .CDE. DATE   . READY  .LAST DTE.LAST DTE.GTPS DTE.DATE    .over   .RECEIV.RECEIV .TO COMP.TO REL .LAST  .TO REL.RELEASE.CREDIT.EARNED
*========.==================.================.========.===.========.========.========.========.========.========.=======.======.=======.=======.=======.======.======.=======.======.======
         G                   W                 20190128 111 20190130 190206           190206   20190212 20190212  13 190205    8      1       6      0
 0 000112
         S                   K                 20190130 018 20190130 190213           190213   20170811 20190214  15 190207    8      6       1      0
552 000919
         H                   H                 20190109 004 20190109 190211           190214   20190114 20190215  37 190129   20     13       4      3
 32 000058
         H                   C                 20190114 015 20190114 190212           190212   20181128 20190213  30 190207   24      5       1      0
 77 000175
         B                   A                 20181205 012 20181205 190213           190213   20190215 20190219  76 190212   69      1       6      0
  4 000006
         F                   L                 20190129 020 20190129 190222           190226   20190124 20190227  29 190219   21      3       5      4
 34 000133
         D                   J                 20190103 021 20190103 190207           190207   20180908 20190208  36 190125   22     13       1      0
153 000309
         B                   J                 20181004 037 20181004 190219           190220   20180622 20190221 140 190202  121     17       2      1
244 000622
         C                   B                 20190131 035 20190131 190218           190218   20180918 20190219  19 190215   15      3       1      0
154 000242
         P                   A                 20181129 001 20181129 190221  20190206 190221   20190418 20190226  89 190128   60     24       5      0   20
-51 000241       120
         D                   K                          019 20190220 190221           190221   20181023 20190222   2                                1      0
122 000006
         G                   T                 20181115 022 20181115 190129           190129   20180925 20190201  78 190118   64     11       3      0
129 000016
         G                   B                 20181220 001 20181220 190207           190207   20190120 20190208  50 190128   39     10       1      0
 19 000064
         D                   P                 20181218 021 20181218 190221           190221   20190126 20190222  66 190215   59      6       1      0
 27 000088
         C                   Z                 20190124 022 20190124 190211           190211   20190216 20190216  23 190205   12      6       5      0
  0 000101
         C                   A                 20171018 001 20171018 190218           190218   20180615 20190219 489 190205  475     13       1      0
249 000433
         C                   C                 20181121 034 20181121 190212           190212   20181220 20190213  84 190212   83      0       1      0
 55 000000
         P                   J                 20181220 001 20181220 190201           190201   20181205 20190205  47 190115   26     17       4      0
 62 000142
         S                   D                 20190116 009 20190116 190212           190212   20171113 20190213  28 190205   20      7       1      0
457 000684
         C                   J                          022 20181003 190221           190222   20161128 20190225 145 181212          71       4      1
819 001447
         A                   B                 20181114 001 20181114 190206  20190117 190206   20190401 20190207  85 190107   54     30       1      0   21
-53 000116       120
         D                   J                 20190129 020 20190129 190222           190222   20190201 20190225  27 190219   21      3       3      0
 24 000124
         A                   C                 20181218 017 20181218 190207           190207   20181228 20190208  52 190204   48      3       1      0
```

February 2019(Redacted)

```
 42 000201
        W               B           20190131 015 20190131 190214             190214    20190130 20190218    18 190212      12       2       4       0
 19 000129
        H               J           20190124 015 20190124 190212             190212    20181205 20190213    20 190206      13       6       1       0
 70 000177
        H               W           20180920 015 20180920 190205             190205    20180818 20190206   139 190205     138       0       1       0
172 000367
        R               M           20190124 022 20190124 190219             190219    20190224 20190224    31 190215      22       4       5       0
  0 000096
        V               D           20190122 016 20190122 190131             190201    20190129 20190205    14 190128       6       3       5       1
  7 000248
        R               B           20190114 015 20190114 190212             190212    20190114 20190213    30 190207      24       5       1       0
 30 000256
        B               D           20190125 028 20190125 190219             190219    20181007 20190220    26 190205      11      14       1       0
136 000237
        M               T           20190116 001 20190116 190218             190218    20181114 20190219    34 190205      20      13       1       0
 97 000446
        B               B           20190117 015 20190117 190214             190214    20190127 20190215    29 190207      21       7       1       0
 19 000117
        C               S           20190131 021 20190131 190214             190214    20181213 20190215    15 190211      11       3       1       0
 64 000131
        D               B           20190125 015 20190128 190212             190212    20180430 20190213    16 190208      14       4       1       0
289 000524
        H               K           20181218 034 20181218 190129             190129    20190201 20190201    45 190118      31      11       3       0
  0 000278
        W               N           20181212 003 20181212 190221             190222    20181211 20190225    75 190211      61      10       4       1
 76 000128
        H               C           20190201 019 20190201 190214             190214    20181025 20190215    14 190207       6       7       1       0
113 000225
        D               S           20181128 001 20181128 190201             190201    20181129 20190205    69 190115      48      17       4       0
 68 000254
        C               B           20190109 021 20190109 190204             190204    20190201 20190205    27 190128      19       7       1       0
  4 000104
        B               R           20190123 001 20190123 190220             190220    20190119 20190221    29 190212      20       8       1       0
 33 000260
        B               L           20190204 021 20190204 190222             190222    20190107 20190225    21 190219      15       3       3       0
 49 000070
        P               A           20190123 036 20190123 190213             190213    20181112 20190214    22 190211      19       2       1       0
 94 000328
        G               D           20190122 026 20190122 190218             190218    20181012 20190219    28 190205      14      13       1       0
130 000173
        S               S           20181019 004 20181019 190219             190219    20181112 20190220   124 190213     117       6       1       0
100 000096
        L               J           20190110 021 20190110 190213             190213    20190216 20190216    37 190208      29       5       3       0
  0 000090
        S               J           20181126 021 20181126 190213             190213    20181106 20190214    80 190212      78       1       1       0
100 000148
        F               G           20190128 026 20190128 190218             190218    20181122 20190219    22 190205       8      13       1       0
 89 000259
        W               R           20190110 016 20190110 190213             190213    20190129 20190214    35 190212      33       1       1       0
 16 000035
        P               K           20181217 001 20181217 190201    20190201 190206    20180901 20190207    52 190122      36      10       6       5      6
```

February 2019(Redacted)

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 159 | 000364 | 120 | | | | | | | | | | | |
| | M | | A | 20190205 019 20190205 190214 | | 190214 | 20190208 20190215 | 10 190213 | 8 | 1 | 1 | 0 | |
| 7 | 000558 | | | | | | | | | | | | |
| | S | | L | 20180918 024 20180918 190204 | 20190204 | 190204 | 20190308 20190205 | 140 180921 | 3 | 136 | 1 | 0 | 1 |
| -31 | 000109 | 120 | | | | | | | | | | | |
| | H | | K | 20190122 016 20190122 190204 | | 190204 | 20190205 20190205 | 14 190125 | 3 | 10 | 1 | 0 | |
| 0 | 000241 | | | | | | | | | | | | |
| | C | | D | 20190129 026 20190129 190218 | | 190218 | 20190208 20190219 | 21 190211 | 13 | 7 | 1 | 0 | |
| 11 | 000117 | | | | | | | | | | | | |
| | M | | J | 20181220 017 20181220 190207 | | 190207 | 20180927 20190208 | 50 190204 | 46 | 3 | 1 | 0 | |
| 134 | 000211 | | | | | | | | | | | | |
| | M | | W | 20190128 021 20190128 190213 | | 190213 | 20181213 20190214 | 17 190207 | 10 | 6 | 1 | 0 | |
| 63 | 000112 | | | | | | | | | | | | |
| | C | | M | 20190212 111 20190212 190214 | | 190214 | 20190102 20190215 | 3 190214 | 2 | 0 | 1 | 0 | |
| 44 | 000504 | | | | | | | | | | | | |
| | T | | T | 20190110 001 20190110 190218 | | 190218 | 20190206 20190219 | 40 190205 | 26 | 13 | 1 | 0 | |
| 13 | 000100 | | | | | | | | | | | | |
| | D | | C | 20190220 024 20190220 190225 | | 190225 | 20180116 20190226 | 6 190222 | 2 | 3 | 1 | 0 | |
| 406 | 001037 | | | | | | | | | | | | |
| | S | | D | 20190124 032 20190124 190218 | | 190218 | 20181101 20190219 | 26 190211 | 18 | 7 | 1 | 0 | |
| 110 | 000189 | | | | | | | | | | | | |
| | R | | T | 20190116 015 20190116 190213 | | 190213 | 20190215 20190215 | 30 190206 | 21 | 7 | 2 | 0 | |
| 0 | 000075 | | | | | | | | | | | | |
| | H | | J | 20190124 022 20190124 190218 | | 190218 | 20190224 20190224 | 31 190211 | 18 | 7 | 6 | 0 | |
| 0 | 000096 | | | | | | | | | | | | |
| | J | | C | 20171108 018 20171108 190204 | | 190204 | 20180503 20190205 | 454 190201 | 450 | 3 | 1 | 0 | |
| 278 | 000026 | | | | | | | | | | | | |
| | C | | A | 20181102 019 20181102 190128 | | 190128 | 20190202 20190202 | 92 190123 | 82 | 5 | 5 | 0 | |
| 0 | 000007 | | | | | | | | | | | | |
| | T | | C | 20181115 012 20181115 190212 | | 190212 | 20190217 20190217 | 94 190123 | 69 | 20 | 5 | 0 | |
| 0 | 000024 | | | | | | | | | | | | |
| | R | | J | 20181218 001 20181218 190205 | | 190207 | 20181029 20190208 | 52 190122 | 35 | 14 | 3 | 2 | |
| 102 | 000113 | | | | | | | | | | | | |
| | S | | C | 20190205 024 20190205 190207 | | 190207 | 20190204 20190208 | 3 190207 | 2 | 0 | 1 | 0 | |
| 4 | 000127 | | | | | | | | | | | | |
| | M | | T | 20190128 021 20190128 190212 | | 190212 | 20190106 20190213 | 16 190207 | 10 | 5 | 1 | 0 | |
| 38 | 000062 | | | | | | | | | | | | |
| | G | | G | 20181206 001 20181206 190201 | | 190201 | 20181020 20190204 | 60 190115 | 40 | 17 | 3 | 0 | |
| 107 | 000088 | | | | | | | | | | | | |
| | S | | K | 20181212 005 20181212 190131 | | 190204 | 20190207 20190207 | 57 190128 | 47 | 3 | 7 | 4 | |
| 0 | 000070 | | | | | | | | | | | | |
| | C | | P | 20190129 026 20190129 190218 | | 190218 | 20180907 20190219 | 21 190211 | 13 | 7 | 1 | 0 | |
| 165 | 000230 | | | | | | | | | | | | |
| | C | | V | 20190206 015 20190206 190222 | | 190222 | 20190129 20190225 | 19 190220 | 14 | 2 | 3 | 0 | |
| 27 | 000028 | | | | | | | | | | | | |
| | G | | A | 20190125 019 20190125 190220 | | 190220 | 20181218 20190221 | 27 190219 | 25 | 1 | 1 | 0 | |
| 65 | 000380 | | | | | | | | | | | | |
| | W | | R | 20190211 022 20190211 190226 | | 190226 | 20190224 20190227 | 16 190222 | 11 | 4 | 1 | 0 | |
| 3 | 000001 | | | | | | | | | | | | |
| | J | | K | 20190110 004 20190110 190205 | | 190207 | 20190102 20190208 | 29 190129 | 19 | 7 | 3 | 2 | |
| 37 | 000136 | | | | | | | | | | | | |
| | K | | A | 20190117 021 20190117 190205 | | 190206 | 20190211 20190211 | 25 190129 | 12 | 7 | 6 | 1 | |

February 2019(Redacted)

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 000157 | | | | | | | | | | | | |
| | H | W | 20190124 | 032 | 20190124 | 190214 | | 190218 | 20180726 | 20190219 | 26 190211 | 18 | 3 | 5 | 4 |
| 208 | 000126 | | | | | | | | | | | | |
| | J | P | 20190131 | 004 | 20190131 | 190221 | | 190221 | 20190226 | 20190228 | 28 190214 | 14 | 7 | 7 | 0 |
| 2 | 000247 | | | | | | | | | | | | |
| | E | C | 20190128 | 015 | 20190128 | 190212 | | 190212 | 20170714 | 20190213 | 16 190208 | 11 | 4 | 1 | 0 |
| 579 | 000291 | | | | | | | | | | | | |
| | M | M | 20181213 | 015 | 20181213 | 190218 | | 190218 | 20181227 | 20190219 | 68 190131 | 49 | 18 | 1 | 0 |
| 54 | 000335 | | | | | | | | | | | | |
| | B | J | 20180928 | 021 | 20180928 | 190211 | | 190211 | 20190217 | 20190217 | 142 190124 | 118 | 18 | 6 | 0 |
| 0 | 000029 | | | | | | | | | | | | |
| | T | D | 20190114 | 009 | 20190114 | 190212 | | 190212 | 20170601 | 20190213 | 30 190205 | 22 | 7 | 1 | 0 |
| 622 | 000846 | | | | | | | | | | | | |
| | M | J | 20181211 | 001 | 20181211 | 190201 | | 190201 | 20190104 | 20190205 | 56 190115 | 35 | 17 | 4 | 0 |
| 32 | 000071 | | | | | | | | | | | | |
| | J | E | 20181115 | 022 | 20181115 | 190130 | | 190131 | 20170101 | 20190201 | 78 190118 | 64 | 12 | 2 | 1 |
| 761 | 000050 | | | | | | | | | | | | |
| | S | T | 20181219 | 003 | 20181219 | 190215 | | 190220 | 20180106 | 20190221 | 64 190205 | 48 | 10 | 6 | 5 |
| 411 | 000602 | | | | | | | | | | | | |
| | G | C | 20181031 | 011 | 20181031 | 190219 | | 190219 | 20181110 | 20190220 | 112 190218 | 110 | 1 | 1 | 0 |
| 102 | 000111 | | | | | | | | | | | | |
| | G | H | 20190211 | 006 | 20190211 | 190225 | | 190226 | 20180919 | 20190227 | 16 190225 | 14 | 0 | 2 | 1 |
| 161 | 000399 | | | | | | | | | | | | |
| | S | M | 20181029 | 001 | 20181029 | 190218 | 20190218 | 190218 | 20190320 | 20190219 | 113 181210 | 42 | 70 | 1 | 0 | 1 |
| -29 | 000115 | 120 | | | | | | | | | | | |
| | B | K | 20190129 | 015 | 20190129 | 190215 | | 190215 | 20190105 | 20190218 | 20 190211 | 13 | 4 | 3 | 0 |
| 44 | 000117 | | | | | | | | | | | | |
| | C | W | 20181031 | 019 | 20181031 | 190225 | | 190225 | 20190205 | 20190226 | 118 190220 | 112 | 5 | 1 | 0 |
| 21 | 000017 | | | | | | | | | | | | |
| | N | Z | 20190124 | 015 | 20190124 | 190208 | | 190208 | 20180911 | 20190211 | 18 190205 | 12 | 3 | 3 | 0 |
| 153 | 000262 | | | | | | | | | | | | |
| | C | J | 20190128 | 037 | 20190128 | 190221 | | 190222 | 20190125 | 20190225 | 28 190220 | 23 | 1 | 4 | 1 |
| 31 | 000259 | | | | | | | | | | | | |
| | E | H | 20190128 | 021 | 20190128 | 190213 | | 190213 | 20190101 | 20190214 | 17 190211 | 14 | 2 | 1 | 0 |
| 44 | 000156 | | | | | | | | | | | | |
| | L | C | 20190124 | 027 | 20190124 | 190208 | | 190208 | 20180725 | 20190211 | 18 190204 | 11 | 4 | 3 | 0 |
| 201 | 000350 | | | | | | | | | | | | |
| | S | E | 20190122 | 026 | 20190122 | 190207 | | 190207 | 20181205 | 20190208 | 17 190128 | 6 | 10 | 1 | 0 |
| 65 | 000303 | | | | | | | | | | | | |
| | F | J | 20190128 | 019 | 20190128 | 190208 | | 190211 | 20180728 | 20190212 | 15 190206 | 9 | 2 | 4 | 3 |
| 199 | 000437 | | | | | | | | | | | | |
| | M | A | 20190115 | 026 | 20190115 | 190207 | | 190211 | 20181016 | 20190212 | 28 190128 | 13 | 10 | 5 | 4 |
| 119 | 000228 | | | | | | | | | | | | |
| | G | F | 20190204 | 023 | 20190204 | 190218 | | 190218 | 20180529 | 20190219 | 15 190214 | 10 | 4 | 1 | 0 |
| 266 | 000439 | | | | | | | | | | | | |
| | M | C | 20190128 | 014 | 20190128 | 190220 | | 190220 | 20190202 | 20190222 | 25 190219 | 22 | 1 | 2 | 0 |
| 20 | 000122 | | | | | | | | | | | | |
| | R | C | 20181226 | 001 | 20181226 | 190206 | | 190206 | 20180707 | 20190207 | 43 190122 | 27 | 15 | 1 | 0 |
| 215 | 000425 | | | | | | | | | | | | |
| | J | I | 20181023 | 036 | 20181023 | 190218 | | 190218 | 20181228 | 20190219 | 119 190204 | 104 | 14 | 1 | 0 |
| 53 | 000069 | | | | | | | | | | | | |
| | R | P | 20181206 | 001 | 20181206 | 190131 | 20190131 | 190204 | 20180311 | 20190204 | 60 190115 | 40 | 16 | 4 | 4 | 4 |

February 2019(Redacted)

```
330 000114      120
       G           Z        20190131 024 20190131 190207      190208    20171216 20190208     8 190206     6     1    1    1
419 000153
       B           T        20181204 015 20181204 190208      190212    20181208 20190212    70 190204    62     4    4    4
 66 000099
       A           C        20190212 026 20190212 190220      190221    20180207 20190221     9 190219     7     1    1    1
379 000573
       M           J        20190104 031 20190104 190201      190205    20190115 20190205    32 190128    24     4    4    4
 21 000180
       L           J        20190117 032 20190117 190207      190213    20181227 20190213    27 190201    15     6    6    6
 48 000403
       K           T        20181211 001 20181211 190201      190204    20181228 20190204    55 190128    48     4    3    3
 38 000006
       G           B        20181218 017 20181218 190205      190206    20180521 20190206    50 190204    48     1    1    1
261 000720
       B           T        20190114 015 20190114 190213      190214    20180917 20190214    31 190207    24     6    1    1
150 000413
       B           T        20190110 009 20190110 190206      190207    20180905 20190207    28 190201    22     5    1    1
155 000254
       W           K        20190108 028 20190108 190211      190212    20171004 20190212    35 190130    22    12    1    1
496 000088
       W           R        20190114 020 20190114 190201      190204    20180925 20190204    21 190130    16     2    3    3
132 000238
       B           J        20190211 023 20190211 190222      190225    20171126 20190225    14 190221    10     1    3    3
456 000838
       J           G        20181031 026 20181031 190201      190204    20181007 20190204    96 190115    76    17    3    3
120 000210
       F           B        20190129 026 20190129 190212      190213    20181129 20190213    15 190207     9     5    1    1
 76 000175
       R           K        20190211 021 20190211 190222      190225    20181222 20190225    14 190219     8     3    3    3
 65 000118
       D           R        20190111 111 20190111 190222      190225    20190125 20190225    45 190220    40     2    3    3
 31 000105
       S           V        20190122 016 20190122 190206      190207    20181201 20190207    16 190131     9     6    1    1
 68 000210
       P           A        20190207 014 20190207 190226      190227    20180423 20190227    20 190225    18     1    1    1
310 000346
       C           C        20190111 111 20190111 190207      190208    20181226 20190208    28 190130    19     8    1    1
 44 000129
       P           K        20181108 005 20181108 190208      190211    20181212 20190211    95 190206    90     2    3    3
 61 000154
       H           T        20181204 007 20181204 190222      190225    20190111 20190225    83 190219    77     3    3    3
 45 000179
       L           B        20181221 015 20181221 190213      190219    20190110 20190219    60 190212    53     1    6    6
 40 000388
       S           B        20190107 021 20190107 190212      190213    20181219 20190213    37 190129    22    14    1    1
 56 000311
       C           R        20190117 015 20190117 190214      190215    20190208 20190215    29 190207    21     7    1    1
  7 000160
       T           J        20181029 033 20181029 190207      190208    20181218 20190208   102 181111    13    88    1    1
 52 000076
       M           N        20190117 015 20190117 190214      190215    20181223 20190215    29 190207    21     7    1    1
```

February 2019(Redacted)

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 54 | 000141 | | | | | | | | | | | |
| | J | T | 20180321 | 001 | 20180321 | 190201 | 190204 | 20180901 | 20190204 | 320 180410 | 20 | 297 | 3 | 3 |
| 156 | 000092 | | | | | | | | | | | |
| | G | D | 20190128 | 023 | 20190128 | 190215 | 190221 | 20190218 | 20190221 | 24 190212 | 15 | 3 | 6 | 6 |
| 3 | 000205 | | | | | | | | | | | |
| | C | R | 20190122 | 026 | 20190122 | 190129 | 190204 | 20190122 | 20190204 | 13 190128 | 6 | 1 | 6 | 6 |
| 13 | 000169 | | | | | | | | | | | |
| | V | P | 20181218 | 001 | 20181218 | 190206 | 190211 | 20190201 | 20190211 | 55 190122 | 35 | 15 | 5 | 5 |
| 10 | 000466 | | | | | | | | | | | |
| | Y | R | 20190103 | 014 | 20190103 | 190204 | 190206 | 20180518 | 20190206 | 34 190130 | 27 | 5 | 2 | 2 |
| 264 | 000216 | | | | | | | | | | | |
| | H | R | 20190116 | 001 | 20190116 | 190211 | 190215 | 20181113 | 20190215 | 30 190205 | 20 | 6 | 4 | 4 |
| 94 | 000192 | | | | | | | | | | | |
| | B | R | 20190122 | 032 | 20190122 | 190218 | 190221 | 20190130 | 20190221 | 30 190211 | 20 | 7 | 3 | 3 |
| 22 | 000119 | | | | | | | | | | | |
| | M | D | 20190117 | 019 | 20190117 | 190201 | 190205 | 20181202 | 20190205 | 19 190129 | 12 | 3 | 4 | 4 |
| 65 | 000444 | | | | | | | | | | | |
| | E | E | 20190124 | 024 | 20190124 | 190201 | 190207 | 20181025 | 20190207 | 14 190131 | 7 | 1 | 6 | 6 |
| 105 | 000222 | | | | | | | | | | | |
| | S | C | 20190207 | 018 | 20190207 | 190219 | 190220 | 20190219 | 20190220 | 13 190214 | 7 | 5 | 1 | 1 |
| 1 | 000242 | | | | | | | | | | | |
| | A | A | 20181217 | 001 | 20181217 | 190131 | 190201 | 20181219 | 20190201 | 46 190122 | 36 | 9 | 1 | 1 |
| 44 | 000113 | | | | | | | | | | | |
| | J | K | 20190122 | 019 | 20190122 | 190201 | 190204 | 20181108 | 20190204 | 13 190128 | 6 | 4 | 3 | 3 |
| 88 | 000155 | | | | | | | | | | | |
| | D | H | 20181212 | 005 | 20181212 | 190130 | 190204 | 20190109 | 20190204 | 54 190128 | 47 | 2 | 5 | 5 |
| 26 | 000358 | | | | | | | | | | | |
| | B | B | 20190123 | 023 | 20190123 | 190213 | 190215 | 20070907 | 20190215 | 23 190204 | 12 | 9 | 2 | 2 |
| 4179 | 000346 | | | | | | | | | | | |
| | F | T | 20180925 | 005 | 20180925 | 190201 | 190204 | 20190201 | 20190204 | 132 190128 | 125 | 4 | 3 | 3 |
| 3 | 000004 | | | | | | | | | | | |
| | B | J | 20190128 | 015 | 20190128 | 190221 | 190222 | 20180129 | 20190222 | 25 190219 | 22 | 2 | 1 | 1 |
| 389 | 000000 | | | | | | | | | | | |
| | S | J | 20190204 | 021 | 20190204 | 190222 | 190225 | 20190129 | 20190225 | 21 190219 | 15 | 3 | 3 | 3 |
| 27 | 000261 | | | | | | | | | | | |
| | M | B | 20190114 | 023 | 20190114 | 190205 | 190206 | 20170305 | 20190206 | 23 190204 | 21 | 1 | 1 | 1 |
| 703 | 000278 | | | | | | | | | | | |
| | J | C | 20181026 | 004 | 20181026 | 190219 | 190220 | 20181102 | 20190220 | 117 190213 | 110 | 6 | 1 | 1 |
| 110 | 000008 | | | | | | | | | | | |
| | R | M | 20181011 | 001 | 20181011 | 190201 | 190204 | 20190118 | 20190204 | 116 190115 | 96 | 17 | 3 | 3 |
| 17 | 000238 | | | | | | | | | | | |
| | E | J | 20190208 | 004 | 20190208 | 190226 | 190228 | 20180927 | 20190228 | 20 190225 | 17 | 1 | 2 | 2 |
| 154 | 000239 | | | | | | | | | | | |
| | S | R | 20181206 | 001 | 20181206 | 190131 | 190204 | 20190113 | 20190204 | 60 190115 | 40 | 16 | 4 | 4 |
| 22 | 000089 | | | | | | | | | | | |
| | W | R | 20190109 | 005 | 20190109 | 190220 | 190225 | 20190216 | 20190225 | 47 190220 | 42 | 0 | 5 | 5 |
| 9 | 000089 | | | | | | | | | | | |
| | L | J | 20190211 | 032 | 20190211 | 190226 | 190227 | 20190206 | 20190227 | 16 190222 | 11 | 4 | 1 | 1 |
| 21 | 000132 | | | | | | | | | | | |
| | M | A | 20190108 | 021 | 20190108 | 190205 | 190206 | 20180802 | 20190206 | 29 190130 | 22 | 6 | 1 | 1 |
| 188 | 000713 | | | | | | | | | | | |
| | R | S | 20181023 | 005 | 20181023 | 190208 | 190211 | 20181009 | 20190211 | 111 190206 | 106 | 2 | 3 | 3 |

February 2019(Redacted)

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 125 | 000045 | G | C | 20190131 021 20190131 190215 | | 190215 | 20190122 20190215 | 15 190211 | 11 | 4 | 0 | 0 | |
| 24 | 000137 | J | D | 20190212 021 20190212 190222 | | 190222 | 20181128 20190222 | 10 190220 | 8 | 2 | 0 | 0 | |
| 86 | 000714 | G | K | 20190214 021 20190214 190228 | | 190228 | 20181022 20190228 | 14 190225 | 11 | 3 | 0 | 0 | |
| 129 | 000082 | H | J | 20190131 015 20190131 190215 | | 190215 | 20171107 20190215 | 15 190211 | 11 | 4 | 0 | 0 | |
| 465 | 000556 | A | C | 20190124 019 20190124 190206 | | 190206 | 20181214 20190206 | 13 190201 | 8 | 5 | 0 | 0 | |
| 54 | 000168 | R | B | 20190108 026 20190108 190204 | | 190204 | 20170403 20190204 | 27 190115 | 7 | 20 | 0 | 0 | |
| 672 | 000124 | S | D | 20181213 004 20181213 190201 | | 190201 | 20180829 20190201 | 50 190116 | 34 | 16 | 0 | 0 | |
| 156 | 000008 | J | T | 20190131 024 20190131 190206 | | 190206 | 20181113 20190206 | 6 190206 | 6 | 0 | 0 | 0 | |
| 85 | 000121 | L | R | 20190123 003 20190123 190219 | | 190219 | 20190210 20190219 | 27 190211 | 19 | 8 | 0 | 0 | |
| 9 | 000109 | J | H | 20190128 016 20190128 190206 | | 190206 | 20190129 20190206 | 9 190201 | 4 | 5 | 0 | 0 | |
| 8 | 000701 | S | D | 20190108 028 20190108 190204 | | 190204 | 20180925 20190204 | 27 190130 | 22 | 5 | 0 | 0 | |
| 132 | 000835 | W | G | 20180503 022 20180503 190228 | 20190212 190228 | | 20191022 20190228 | 301 180601 | 29 | 272 | 0 | 0 | 16 |
| -236 | 000139 | J | G | 20190205 024 20190205 190207 | 345 | 190207 | 20151201 20190207 | 2 190207 | 2 | 0 | 0 | 0 | |
| 1164 | 000005 | T | M | 20181024 026 20181024 190211 | | 190211 | 20190107 20190211 | 110 181218 | 55 | 55 | 0 | 0 | |
| 35 | 000002 | J | J | 20190131 021 20190131 190220 | | 190220 | 20180623 20190220 | 20 190211 | 11 | 9 | 0 | 0 | |
| 242 | 000175 | S | S | 20190123 015 20190123 190227 | | 190227 | 20180421 20190227 | 35 190222 | 30 | 5 | 0 | 0 | |
| 312 | 000338 | M | F | 20190109 001 20190109 190204 | | 190204 | 20181001 20190204 | 26 190128 | 19 | 7 | 0 | 0 | |
| 126 | 000105 | T | D | 20190204 022 20190204 190215 | | 190215 | 20190124 20190215 | 11 190211 | 7 | 4 | 0 | 0 | |
| 22 | 000266 | P | P | 20181213 034 20181213 190215 | | 190215 | 20190118 20190215 | 64 190211 | 60 | 4 | 0 | 0 | |
| 28 | 000091 | A | C | 20190125 111 20190125 190201 | | 190201 | 20190124 20190201 | 7 190128 | 3 | 4 | 0 | 0 | |
| 8 | 000012 | B | T | 20190204 019 20190204 190215 | | 190215 | 20180711 20190215 | 11 190208 | 4 | 7 | 0 | 0 | |
| 219 | 000354 | N | R | 20190206 019 20190206 190214 | | 190214 | 20190128 20190214 | 8 190211 | 5 | 3 | 0 | 0 | |
| 17 | 000391 | B | S | 20190128 021 20190128 190214 | | 190214 | 20180907 20190214 | 17 190211 | 14 | 3 | 0 | 0 | |
| 160 | 000271 | L | K | 20190128 021 20190128 190214 | | 190214 | 20180909 20190214 | 17 190211 | 14 | 3 | 0 | 0 | |
| 158 | 000396 | D | L | 20181114 024 20181114 190214 | | 190214 | 20190125 20190214 | 92 190212 | 90 | 2 | 0 | 0 | |
| 20 | 000118 | B | R | 20190208 024 20190208 190213 | | 190213 | 20181010 20190213 | 5 190212 | 4 | 1 | 0 | 0 | |

February 2019(Redacted)

```
126 000247
      W           D      20190117 111 20190117 190208      190208   20181113 20190208    22 190207     21      1     0    0
 87 000260
      G           R      20190123 015 20190123 190213      190213   20170406 20190213    21 190216     24     -3     0    0
678 000136
      S           J      20190107 021 20190107 190204      190204   20180808 20190204    28 190129     22      6     0    0
180 000231
      G           F      20190117 015 20190117 190201      190201   20181011 20190201    15 190129     12      3     0    0
113 000161
      T           S      20190114 022 20190114 190204      190204   20171201 20190204    21 190130     16      5     0    0
430 000058
      B           R      20190109 012 20190109 190204      190204   20190204 20190204    26 190125     16     10     0    0
  0 000133
      G           B      20190211 021 20190211 190222      190222   20190123 20190222    11 190219      8      3     0    0
 30 000146
      J           C      20190118 021 20190118 190225      190225   20181202 20190225    38 190211     24     14     0    0
 85 000429
      S           J      20190123 023 20190123 190207      190207   20180702 20190207    15 190204     12      3     0    0
220 000614
      D           E      20181128 023 20181128 190204      190204   20181020 20190204    68 190201     65      3     0    0
107 000151
      C           J      20190109 014 20190109 190205      190205   20181012 20190205    27 190130     21      6     0    0
116 000104
      H           A      20190117 006 20190117 190215      190215   20181003 20190215    29 190208     22      7     0    0
135 000162
      D           J      20190205 016 20190205 190225      190225   20181001 20190225    20 190220     15      5     0    0
147 000509
      M           J      20190213 004 20190213 190215      190215   20181204 20190215     2 190214      1      1     0    0
 73 000272
      B           O      20180906 019 20180906 190204      190204   20180626 20190204   151 190201    148      3     0    0
223 000346
      C           E      20190103 014 20190103 190206      190206   20181206 20190206    34 190130     27      7     0    0
 62 000155
      F           Q      20190129 019 20190129 190208      190208   20180518 20190208    10 190204      6      4     0    0
266 000350
      S           D      20190114 023 20190114 190215      190215   20181104 20190215    32 190122      8     24     0    0
103 000078
      C           E      20190108 001 20190108 190211      190211   20190208 20190211    34 190128     20     14     0    0
  3 000096
      L           T      20181219 014 20181219 190205      190205   20190121 20190205    48 190130     42      6     0    0
 15 000094
      S           J      20190110 001 20190110 190206      190206   20180910 20190206    27 190131     21      6     0    0
149 000250
      N           N      20181003 005 20181003 190221      190221   20190108 20190221   141 190205    125     16     0    0
 44 000141
      D           C      20190115 003 20190115 190213      190213   20190117 20190213    29 190204     20      9     0    0
 27 000145
      L           M      20190214 019 20190214 190227      190227   20170825 20190227    13 190221      7      6     0    0
551 000906
      R           M      20190124 015 20190124 190207      190207   20180209 20190207    14 190104    -20     34     0    0
363 000360
      J           C      20190123 009 20190123 190213      190213   20181201 20190213    21 190208     16      5     0    0
```

February 2019(Redacted)

```
    74 000181
         H              A        20181220 013 20181220 190211                190211    20181206 20190211    53 190129    40    13    0    0
    67 000242
         K              A        20190206 009 20190206 190215                190215    20180917 20190215     9 190212     6     3    0    0
   151 000268
         D              S        20190108 026 20190108 190204                190204    20190109 20190204    27 190115     7    20    0    0
    26 000003
         D              J        20190131 016 20190131 190222                190222    20181227 20190222    22 190221    21     1    0    0
    57 000163
         M              B        20190129 023 20190129 190207                190207    20190125 20190207     9 190204     6     3    0    0
    13 002195
         W              J        20181211 009 20181211 190212                190212    20180809 20190212    63 190205    56     7    0    0
   187 000430
         D              D        20190103 019 20190103 190211                190211    20181023 20190211    39 190103     0    39    0    0
   111 000139
         R              H        20190201 111 20190201 190206                190206    20180803 20190206     5 190205     4     1    0    0
   187 000625
         E              S        20190110 020 20190110 190227                190227    20180228 20190227    48 190222    43     5    0    0
   364 000323
         B              K        20190207 021 20190207 190222                190222    20190115 20190222    15 190219    12     3    0    0
    38 000150
         F              E        20190117 015 20190117 190211                190211    20181216 20190211    25 190205    19     6    0    0
    57 000159
         B              D        20190115 006 20190115 190221                190221    20050319 20190221    37 190208    24    13    0    0
  5087 005809
         L              A        20190201 111 20190201 190207                190207    20190124 20190207     6 190205     4     2    0    0
    14 000111
         B              D        20190128 021 20190128 190212                190212    20190212 20190212    15 190207    10     5    0    0
     0 000112
         T              L        20181129 015 20181129 190214                190214    20181227 20190214    77 190118    50    27    0    0
    49 000000
         B              S        20190212 111 20190211 190221                190221    20160707 20190221    10 190221     9     0    0    0
   959 001330
         J              D        20181218 001 20181218 190211   20190205 190211    20190207 20190211    55 190122    35    20    0    0    6
     4 000076     120
         W              D        20190207 029 20190207 190228                190228    20190118 20190228    21 190225    18     3    0    0
    41 000147
         D              C        20190123 022 20190123 190207                190207    20190127 20190207    15 190204    12     3    0    0
    11 000123
         A              D        20190108 009 20190108 190211                190211    20181009 20190211    34 190205    28     6    0    0
   125 000068
         T              A        20190201 024 20190201 190211                190211    20190127 20190211    10 190206     5     5    0    0
    15 000015
         P              R        20190221 024 20190221 190228                190228    20190226 20190228     7 190227     6     1    0    0
     2 000121
         P              B        20190131 014 20190131 190225                190225    20180416 20190225    25 190221    21     4    0    0
   315 000438
         B              R        20190129 026 20190129 190211                190211    20190208 20190211    13 190206     8     5    0    0
     3 000117
         J              D        20190122 016 20190122 190207                190207    20181028 20190207    16 190204    13     3    0    0
   102 000341
         H              M        20190205 014 20190205 190227                190227    20190227 20190227    22 190225    20     2    0    0
```

February 2019(Redacted)

0 000104

GRAND-TOTAL  -
days    over    - AVERAGE = 44.688311688