**Re: 21FEB19-Louisiana routinely jails people weeks, months, years after their release dates _ NOLA**

PETE FREMIN  to: RHETT COVINGTON  
Cc: James M. LeBlanc, SETH SMITH  
02/25/2019 09:03 AM

History: This message has been forwarded.

I am having LFD follow up and make sure everything was done on our end.

RHETT COVINGTON    Agreed. I'm passing along Judge Edwards' c...    02/24/2019 06:39:01 PM



RHETT COVINGTON/CORRECTIONS  
02/24/2019 06:39 PM

To James M. LeBlanc/CORRECTIONS@CORRECTIONS  
cc SETH SMITH/CORRECTIONS@CORRECTIONS, PETE FREMIN/CORRECTIONS@CORRECTIONS  
Subject Re: 21FEB19-Louisiana routinely jails people weeks, months, years after their release dates _ NOLA

Agreed. I'm passing along Judge Edwards' concerns is all.

Rhett Covington  
Assistant Secretary

On Feb 24, 2019, at 6:14 PM, James M. LeBlanc <JMLeBlanc@corrections.state.la.us> wrote:

> A poorly written article--most are immediate releases because more are earning program good time at the local level and the remainder which is very few are those that we struggle getting appropriate paper work from Judges, clerk of court and Sheriffs
>
> Sent from my iPhone
>
> > On Feb 24, 2019, at 5:36 PM, RHETT COVINGTON <RCOVINGTON@corrections.state.la.us> wrote:
> >
> > FYI.
> >
> > Rhett Covington
> > Assistant Secretary
> >
> > Begin forwarded message:
> >
> >> From: "Jules D. Edwards III" <JudgeEdwards@15thjdc.org>
> >> To: "Rhett Covington (rcovington@corrections.state.la.us)" <rcovington@corrections.state.la.us>
> >> Subject: 21FEB19-Louisiana routinely jails people weeks, months, years after their release dates _ NOLA
> >>
> >> Rhett,
> >>
> >> I just wanted you to know the defense attorneys in Lafayette are also complaining about the failure to timely release inmates from LPCC.

```
>>
>> Jules
>>
>> ==========================================
>> Judge Jules D. Edwards, III
>> ': 337-269-5708 (Voice)
>> 6: 337-269-5726 (FAX)
>> :: e-mail: judgeedwards@15thJDC.org
>> P.O. Box 3568 Lafayette, LA 70502-3568
>> Administrative Assistant: Yulandera M. Moody - YMMoody@15thjdc.org
>> Research Attorney: Angela M. Swift - AMSwift@15thjdc.org
>>
>> To Schedule, an Appointment Click on My Doodle MeetMe page ->
http://doodle.com/Judge_Jules_Edwards
```

>> This e-mail and any attachments are intended ONLY for use by the addressee(s) named herein and may contain legally privileged and confidential information. If you are not the intended recipient of this e-mail, you are at this moment notified that any dissemination, distribution or copying of this e-mail, and any attachments to it, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by telephone and permanently delete the original and any copy of any e-mail and any printout thereof.

```
>> ==========================================
>>
>>
> <21FEB19-Louisiana routinely jails people weeks, months, years after their release dates _ NOLA.pdf>
> <20FEB19-If inmates were being released too early, you can bet folks would pay attention.pdf>
> <20FEB19-New rule- After inmates serve their time, let them go.pdf>
> <23FEB19-Release Request_ Order Form for Bodoin, Adam (#139634).pdf>
```



**Fw: Intensive Incarceration Program**
RHETT COVINGTON   to: GENIE POWERS
Cc:   James M. LeBlanc, SETH SMITH                                      01/23/2015 01:54 PM

Good Afternoon,

In light of the below e-mails and concerns expressed by Judge Randow and Judge Doggett, I suggest we suspend sending offenders to Intensive Incarceration at WNC until this matter is investigated. Theresa Blocker will be meeting next week with Judge Doggett to get her specific concerns and will then meet with WNC staff for an explanation. One concern expressed by the judge was the apparent lack of knowledge about the program at WNC by the warden, as well as allegations by the families of more than one participant that the offenders are not getting needed programs. I would like for someone with experience in IMPACT such as Darryl Campbell to assist in reviewing the status of the Intensive Incarceration Program at WNC. Please advise how you would like to proceed. Thanks.

Rhett S. Covington
LA Dept. of Public Safety & Corrections
Deputy Assistant Secretary for Reentry
phone: 225-342-6942
cell: 225-456-6815
fax: 225-342-3349

"Today's problems are seldom solved by yesterday's thinking." --Albert Einstein
----- Forwarded by COLE GRALAPP/ALD/PNP/CORRECTIONS on 01/20/2015 05:10 PM -----

**FW: Intensive Incarceration Program**
Mary Doggett   to: cgralapp@corrections.state.la.us                     01/20/2015 04:48 PM

Dear Mr. Gralapp,

In accordance with our conversation today, I have included below the emails between me and Ms. Walker, Asst. Warden, Winn Correctional Center.

As we discussed, I currently have at least two drug court clients in the intensive Incarceration Program at Winn: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ My concerns with Winn Correctional began in mid December 2014, when one of the offenders filed a motion to reconsider his sanction. His mother testified that he was not getting the treatment we ordered and requested he be allowed to return for inpatient rehabilitation. I denied the motion, but promised I would get a status on her son to ensure he was participating in all classes/treatment as ordered.

I made several calls to Winn Correctional and left at least two messages, requesting a return call to my office or cell number (if after hours). After waiting a week, I called again and finally spoke to the Warden on December 26, 2014. He advised me that he was not familiar with the intensive incarceration program, but would have someone return my call on Monday. On Monday, December 29, Ms. Walker called to report that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ were enrolled in the program and were receiving all classes/treatment as ordered. She promised to send a status on each offender that

afternoon. On January 7, 2015 I received the email below. As you can see, I then requested a more detailed status on the 13th, which I still have not received.

In my December 29 conversation with Ms. Walker, I was informed that another offender, ███████ completed the program in early November and was still being held at Winn – in spite of several phone calls from Judge Randow for his release. Ms. Walker explained she needed something in writing to release ███████ No other facility has such a required. The initial order sending the client to intensive incarceration states the client is to successfully complete the program and return to drug court. However, I immediately emailed her a "request for release" and he was released accordingly.

Since my first inquiries with Winn Correctional, I have talked to numerous people in the Department of Corrections, who have confirmed my concerns that the Intensive Incarceration Program is not being properly implemented at Winn Correctional Center. Because of this, I have prepared an order amending the sanctions of ███████████████████ and ordering their immediate release and return them to DC1 in Rapides Parish.

I believe the Intensive Incarceration Program is a much needed program in our system and, if properly executed, could be of great benefit to the drug court clients and to the public as a whole. However, I have no intention of sentencing a drug court client to 6 months in prison if he/she will not benefit from that sanction. Thus, I will not utilize this sanction until I can obtain more information on this program.

Lastly, I have three other drug court clients in the program. Do you know how I can find out the facility where each is being housed?



Thank you.

Mary Doggett

*Mary Lauve Doggett*
District Judge, 9th JDC
701 Murray Street
Alexandria, LA 71301
318-443-6893 (ph)
318-484-2704 (fax)

**From:** Walker, Nicole [mailto:Nicole.Walker@cca.com]
**Sent:** Tuesday, January 13, 2015 4:04 PM
**To:** Mary Doggett
**Subject:** Re: Intensive Incarceration Program

I will have my staff gather this information immediately.

Sent from my iPhone

On Jan 13, 2015, at 3:41 PM, Mary Doggett <mdoggett@9thjdc.com> wrote:

Warden Walker,

Thank you for the status report.

Can you provide me with the following:

1. Expected graduation date for ███████████████

2. A detailed account of ███████ class participation from November 2, 2014 to present.

3. Whether or not ███████ enrolled in a GED program.

Also, when we spoke earlier, you mentioned the intensive incarceration offenders are often housed in an "honor dorm". Are ███████████████ in this dorm; and if so, have they been in the honor dorm throughout their stay?

Thank you. Please let me know if you need anything from me.

Kindest regards,
Mary Doggett

*Mary Lauve Doggett*
District Judge, 9th JDC
701 Murray Street
Alexandria, LA 71301
318-443-6893 (ph)
318-484-2704 (fax)

**From:** Walker, Nicole [mailto:Nicole.Walker@cca.com]
**Sent:** Wednesday, January 07, 2015 2:01 PM
**To:** Mary Doggett
**Subject:** Intensive Incarceration Program

Good Afternoon,
Please see the below listed update on the two offenders that were discussed during our recent conversation:

███████████████████████ 2014. Upon his arrival, he was enrolled in the Adult Education, Pre-release (Life Skills), Thinking for a change, AA/NA, Living in Balance (Substance Abuse class) and Cage your Rage. Determination for placement was based on his risk and needs assessment. All staff stated that he has been actively involved in the assigned classes

███████ arrived at WNC on September 8, 2014. Upon his arrival, he was enrolled in Building Trades (vocational class), Pre-Release (Life Skills), Thinking for a Change, AA/NA, Living in Balance (Substance Abuse Class) and Cage your Rage. Determination for placement was based on his risk and needs assessment. He successfully completed Living in Balance Phase I and Phase Ii on November 3, 2014, Pre-release on November 10, 2014 and Building Trades on December 11, 2014.

Monthly progress will be provided to your office for each offender. If additional information is needed, please let me know at once.

<image001.png>
Nicole Walker
Assistant Warden
Winn Correctional Center
PO Box 1260
Winnfield, LA 71483
(318) 628-3971 ext. 2202

See how CCA is making a difference

(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of Corrections Corporation of America. (iii) The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail. This email has been scanned for



content and viruses by the McAfee Email Security System image001.png



Re: HB 191
RAMAN SINGH  to: James M. LeBlanc    04/06/2015 12:24 PM
History: This message has been replied to.

$34.30

Syphilis - $2.80

HIV - $6.00

Hepatitis Panel - $25.50

R.S. 15:574 mandates that offenders will have to pay. Bigger issue is the manpower to get it done and the time available. HIV test result is available immediately if negative but for Hepatitis and Syphilis, it may take up to 3 days or more.
Thanks

James M. LeBlanc    What is the cost?--I may have missed it?? > On...    04/06/2015 10:53:12 AM

From: James M. LeBlanc/CORRECTIONS
To: RAMAN SINGH/CORRECTIONS@corrections,
Cc: "Natalie Ramsey Laborde" <natalie.laborde@la.gov>
Date: 04/06/2015 10:53 AM
Subject: Re: HB 191

What is the cost?--I may have missed it??

On Apr 1, 2015, at 1:38 PM, RAMAN SINGH <RSINGH@corrections.state.la.us> wrote:

> Once again, this is a good idea, specially good for public health. However, it will be helpful to bring these facts to the attention:
>
> 1. In 2014, approximately 537 offenders were released by the Committee on Parole ( R.S. 15:574 ) and 15,647 offenders were released on good time supervision ( diminution of sentence due to good time behavior ,R.S. 15: 571.3)
>
> 2. Unlike offenders going through the parole process for R.S. 15:574 where they go through a few months long process and then wait for all the conditions to be met before they are actually released, if granted a parole , GT supervision releases are processed by the housing units. So many times, many of them become eligible for an " immediate release" once all the credits are computed. Not sure, how will they be held back for medical testing.
>
> 3. A lion's share of GT releases are done by the local jails. Not sure how will they comply with the proposed bill.

4. With the current administration, DOC has a very aggressive policy for HIV testing. We do ' opt out" testing for all new intakes. Compliance rate is almost 99.9 %. It means that since 2008, we have been testing almost every new intake for HIV. This should alleviate some concern about " not knowing HIV status".

5. These offenders do not go to the parole board, just making sure that everyone understands :

"G.(1) Before placing a person on parole, including any person being released because of diminution of sentence pursuant to R.S. 15:571.3, the committee on parole shall require that person to submit to a test designed to determine whether he is infected with a sexually transmitted disease, ..."

Thanks

----- Forwarded by RAMAN SINGH/CORRECTIONS on 04/01/2015 01:16 PM -----

From: RAMAN SINGH/CORRECTIONS
To: Melissa Callahan/CORRECTIONS, James M. LeBlanc/CORRECTIONS,
Cc: Thomas Bickham/CORRECTIONS, SETH SMITH/CORRECTIONS@CORRECTIONS
Date: 03/31/2015 02:19 PM
Subject: HB 191

My internet is down so I can not pull the detail info.

Natalie called me about this bill. This proposes ? mandatory infectious testing for all offenders being released on parole. Currently it is mandated only for offenders who are being paroled by the parole board. This includes testing for HIV, Hepatitis and other sexually transmitted diseases.

I love this idea but am not sure how will we be able to do it. Unlike regular parole which are only handful, thousands of offenders are being discharged on good time parole. Unlike regular parole, which is a few months long process and we have adequate time to do the tests, to do the counselling and to provide appropriate follow up, to get the benefit of the test results, often good time paroles give us only few days. It won't help state if we just do the testing and release the offender.

Once again, I think that it is a very good idea for public health but am at loss when it comes to it's implementation.

Thanks

Raman Singh M.D.
Medical / Mental Health Director
Louisiana Dept. of Public Safety & Corrections
225.342.1320 ( Office)
225.342.1329 ( Fax)

**Confidentiality Notice:** This e-mail message from Department of Corrections, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, copying, disclosure, or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this e-mail from your computer, and destroy any copies in any form immediately.

**Re: Fwd: RONNIE WILLIAMS, JR.**

ANGELA GRIFFIN to: James M. LeBlanc  
Cc: Bridget Napoli  
01/29/2016 03:07 PM

History: This message has been forwarded.

We had Rapides fax the paperwork this afternoon. On 1/7/2016 the court vacated his original 12 1/2 yr sentence and re-sentenced him to 10 years hard labor. His file is at DWCC. They have been notified of the change and his case will be reworked. If necessary, the release process will start.

Thanks,

Angela Griffin

---

James M. LeBlanc    Please check out and advise    01/28/2016 12:23:11 PM



James M. LeBlanc/CORRECTIONS  
01/28/2016 12:20 PM

To: Bridget Napoli/CORRECTIONS@corrections, ANGELA GRIFFIN/CORRECTIONS@corrections  
cc:  
Subject: Fwd: RONNIE WILLIAMS, JR.

Please check out and advise

Begin forwarded message:

> From: "Hazel, Rep. (District Office)" <hazelc@legis.la.gov>
> Date: January 28, 2016 at 9:44:48 AM CST
> To: "'jmleblanc@doc.la.gov'" <jmleblanc@doc.la.gov>
> Subject: **RONNIE WILLIAMS, JR.**
>
> RE:   RONNIE WILLIAMS, JR.
>       DOC #530183
>       DOB: 5/6/90
>
> Secretary LeBlanc,
> We received a call from ▓▓▓▓▓▓▓▓▓▓, who stated that on January 12th an order of immediate release was signed in 9th Judicial District Court on behalf of his son, ▓▓▓▓▓▓▓ Jr. who is housed at DC-II in Rapides Parish. As of today, ▓▓▓▓▓▓ is still being detained and has been given no explanation of the delay. Could you please have someone check on the status of his release and provide us with that information to pass along to ▓▓▓▓▓▓▓.
>
> We look forward to your prompt response.

**Donna F. Lacombe**
Legislative Assistant

State Representative
Chris Hazel
District 27

1013 Main Street
Pineville, LA 71360
(318) 767-6082
(318) 767-6084 (fax)
hazelc@legis.la.gov



**Fw: MacArthur Files Suit Against Illegal Jail Time**
Ken Pastorick   to: James M. LeBlanc, WILLIAM KLINE                                01/12/2017 02:56 PM
Cc: Natalie Laborde

FYI - We received a request from FOX 8 New Orleans for a statement from us concerning a suit filed today by the MacArthur Justice Center regarding inmates moved to Northeast Louisiana who claim they've completed their sentences, yet they are not being released because we haven't calculated their time.

Proposed statement:

*"The Louisiana Department of Public Safety and Corrections does not comment on pending litigation."*

Thanks!

Ken Pastorick
Communications Director
Department of Public Safety & Corrections
Office  225.219.0499
Cell     225.620.3728

----- Forwarded by Ken Pastorick/CORRECTIONS on 01/12/2017 02:51 PM -----

| | |
|---|---|
| From: | "Mumphrey, Nicole" <nmumphrey@fox8live.com> |
| To: | "'kenpastorick@corrections.state.la.us'" <kenpastorick@corrections.state.la.us> |
| Cc: | "Connelley, Travis" <tconnelley@fox8live.com>, "DeCorte, Nancy" <ndecorte@fox8live.com> |
| Date: | 01/12/2017 02:47 PM |
| Subject: | FW: MacArthur Files Suit Against Illegal Jail Time |

Hi Ken....this is Nicole Mumphrey over at WVUE FOX 8 News in New Orleans

We are looking for a comment or response to the email below regarding a lawsuit pertaining to illegal jail time and the moving of prisoners hundreds of miles away.

The suit was filed today by attorneys with the MacArthur Justice Foundation

Thanks so much!

Nicole Mumphrey
WVUE FOX 8 News
504-483-1540

**From:** Leah Ward [mailto:Leah.Ward@macarthurjustice.org]
**Sent:** Thursday, January 12, 2017 2:15 PM
**Subject:** MacArthur Files Suit Against Illegal Jail Time

Roderick & Solange
**MacArthur Justice Center**
NEW ORLEANS

FOR IMMEDIATE RELEASE  
Jan. 12, 2017  
504-620-2259

Contact: Katie Schwartzmann

## MacArthur Files Suit Against Illegal Jail Time

NEW ORLEANS – After moving New Orleans prisoners hundreds of miles away to a jail in East Carroll Parish, state and local officials are now failing to release men who have completed their sentences and should have been freed months ago, according to lawsuits filed Thursday by lawyers with the Roderick and Solange MacArthur Justice Center in New Orleans.

The petitions ask the Orleans Parish Criminal District Court to order their immediate release. The respondents in the cases are the Louisiana Department of Corrections, the East Carroll Parish Sheriff, and the Independent Jail Compliance Director at the Orleans Parish Jail.

"We believe Mr. Crittindon and Mr. Copelin are just the beginning, and that there are others just like them who have served their time and should now be free to come home. But instead they remain in jail due to the failure of these agencies to timely provide for their release," said Katie Schwartzmann, co-director of the MacArthur Justice Center.

There has been a breakdown in the process of releasing prisoners or sending them to DOC once they are sentenced by the Orleans Parish Criminal District Court. This is resulting in very serious delays in calculating when a sentence has ended, according to the Justice Center.

"We have received numerous calls and reports from persons held in East Carroll," said attorney Emily Washington. "We reached out to the Compliance Director, to the East Carroll facility, and to the Department of Corrections in December. And we were told that action was being taken to resolve the problem. Yet we continue to hear from persons at East Carroll – that their paperwork has not been processed, that their time has not been calculated, and for some, that they are being held in custody far beyond their release date. The failure of these agencies to immediately correct this problem, when people's liberty is at stake, is unconscionable."

"Our office put the Department of Corrections and East Carroll Parish on notice that they are detaining people illegally. We advised them of this weeks ago," Schwartzmann added. "The lack of a sense of urgency to fix this is appalling. We had no choice other than to sue to start trying to get people out of jail. In addition to people missing the holidays with their families, the taxpayers are paying to illegally house people in jail right now."

A link to one of the petitions is here:  
http://neworleans.macarthurjusticecenter.org/uploads/rsmjc-neworleans/documents/20170112_petition_for_writ_of_habeas_corpus_crittindon.pdf

### # # #

**About the Roderick and Solange MacArthur Justice Center**  
Founded in 1985, the Roderick and Solange MacArthur Justice Center is one of the premier civil rights

law firms in the United States. The MacArthur Justice Center has offices in Chicago, St. Louis, New Orleans, and Oxford, MS. For additional information about the New Orleans office, visit [NewOrleans.MacarthurJusticeCenter.org](NewOrleans.MacarthurJusticeCenter.org). Follow us on Twitter (@MacArthrJustice) and on Facebook ( http://www.facebook.com/macarthurjusticecenter) for timely updates.

Leah C. Ward
Office Manager
Roderick and Solange MacArthur Justice Center
4400 S. Carrollton Ave.
New Orleans, La 70119
(504) 620-2259

This email may contain confidential or privileged information. If you received this email in error, please notify the sender immediately. Thank you.