UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOEL GIROIR, on behalf of himself and all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>JAMES LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections; and<br>THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS,<br><br>Defendants. | CIVIL ACTION NO. 3:21-cv-108-JWD-SDJ |

**PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

COMES NOW, Plaintiff in the above-captioned matter, by and through undersigned counsel, and moves this Court to grant Plaintiff's motion to certify a class defined as: all persons who have been, or will be, sentenced to the custody of the DOC, and who were, or will be, entitled to release at the time of their sentencing, but who nevertheless remain in custody, now or in the future, for more than 48 hours past their sentencing dates.

In support of this motion, Plaintiff relies upon the accompanying memorandum.

Respectfully submitted this 19th day of February, 2021.

/s/ Mercedes Montagnes

Mercedes Montagnes, La. Bar No. 33287
Nishi Kumar, La. Bar No. 37415
Rebecca Ramaswamy, La. Bar No. 39524
The Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
Telephone: (504) 529-5955
Facsimile: (504) 595-8006
Email: mmontagnes@defendla.org

Sarah Grady (*pro hac vice* forthcoming)

1

Stephen H. Weil (*pro hac vice* forthcoming)
John Hazinski (*pro hac vice* forthcoming)
Loevy & Loevy
311 N. Aberdeen
Chicago, IL 60607
Telephone: (312) 243-5900
Facsimile: (312) 243-5902
Email: sarah@loevy.com

William Most, La. Bar No. 36914
Most & Associates
201 St. Charles Avenue, Suite 114, #101
New Orleans, LA 70170
Telephone: (504) 509-5023
Email: williammost@gmail.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I, Rebecca Ramaswamy, an attorney, hereby certify that on February 19, 2021, I caused a copy of the foregoing to be filed using the Court's CM/ECF system.

I further certify that I, or another of Plaintiff's attorneys, will promptly electronically serve a copy of the same, along with all other pleadings and papers filed in the action to date to the General Counsel for the Louisiana Department of Corrections.