## DECLARATION OF MERCEDES MONTAGNES

I, Mercedes Montagnes, declare the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. My name is Mercedes Montagnes, and I am over the age of 18 and competent to make this declaration. I am an attorney duly licensed to practice law in the State of Louisiana and am one of the counsel of record for Plaintiff Joel Giroir. This declaration is based upon my personal knowledge and is true to the best of my knowledge and belief.

2. I am the Executive Director at the Promise of Justice Initiative ("PJI"). I am Plaintiff's lead attorney on this matter. After graduating from Harvard Law School, I clerked for Judge Carl Barbier in the Eastern District of Louisiana and Chief Judge Roger Gregory on the Fourth Circuit Court of Appeals.

3. I have litigated multiple prison conditions cases throughout Louisiana, including:

    - I represented the plaintiffs in *Ball v. LeBlanc*, 13-cv-368 (M.D. La), challenging the unconstitutional heat conditions for three plaintiffs on Louisiana State Penitentiary's ("LSP") death row, succeeding at trial and then continuing to fight for clients through appeal and remedy phases;
    - I am currently co-lead counsel for Plaintiffs in *Lewis v. Cain*, 15-cv-318 (M.D. La), a class action challenging inadequate medical care and failure to accommodate disabilities at LSP;
    - I currently represent the Plaintiff in *Humphrey v. LeBlanc*, 20-cv-233 (M.D. La), alleging constitutional and state law claims related to overdetention

4. Nishi Kumar is the Director of Civil Litigation at PJI. She graduated from New York University Law School and clerked for Judge Paul Watford on the Ninth Circuit and Judge Jesse Furman on the Southern District of New York. She is an attorney duly licensed to practice law in the State of Louisiana and is co-counsel on all of PJI's active lawsuits.

5. Rebecca Ramaswamy is a Staff Attorney at PJI. She graduated from Columbia Law School and worked as a Staff Attorney at Equal Justice Under Law in Washington, DC, where she litigated multiple class action lawsuits in federal courts across the country. She is an attorney duly licensed to practice law in the State of Louisiana and is co-counsel on *Humphrey v. LeBlanc*, 20-cv-233 (M.D. La) and *A.N. v. Landry*, 20-cv-837 (M.D. La).

6. PJI is a New Orleans based nonprofit that works to create positive change for people in the criminal justice at the intersection of direct services, impact litigation, and community engagement.

7. PJI is committed to advocate vigorously on behalf of the Plaintiff class and subclasses. PJI has the resources required to litigate this matter in a zealous and thorough manner. PJI is also

      committed to working zealously, effectively, and collaboratively with the other proposed class counsel.

8.     To my knowledge, PJI has no conflicts of interests that would prevent the organization from providing zealous representation of the named Plaintiff and the class.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge.

_____            02/19/2021
Signature                                                                                         Date