## DECLARATION OF WILLIAM MOST

I, William Most, declare the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. My name is William Most and I am over the age of 18 and competent to make this declaration.

2. I am an attorney duly licensed to practice law in the State of Louisiana and am one of the counsel of record for Plaintiff Joel Giroir. This declaration is based upon my personal knowledge and is true to the best of my knowledge and belief.

3. I am the lead attorney and owner of the New Orleans-based firm Most & Associates.

4. I graduated in 2005 from Harvard College with an A.B. in Biology.

5. I graduated in 2011 from the University of California, Berkeley, School of Law,

6. At Berkeley I received the Order of the Coif, given to the top 10% of each class.

7. From 2011 to 2014, I was an associate at the law firm of Briscoe Ivester & Bazel, LLP, in San Francisco, CA. In that job, I worked on litigation and other legal support for municipalities, state agencies, regional planning agencies, California tribes, farmers, developers, family trusts, private landowners, and utilities.

8. Since 2014, I have owned and operated the Law Office of William Most, LLC, d/b/a Most & Associates.

9. I have been a panelist on CLE presentations, such as "How to Litigate an Over-detention Claim," on Feb 15, 2019, hosted by the Civil Rights Etouffee.

10. I have been selected to the 2020 and 2021 Louisiana Rising Stars lists of Super Lawyers published by Thomson Reuters.

11. I am currently litigating a number of Louisiana overdetention lawsuits, specifically: *Humphrey v. LeBlanc*, 20-cv-233 (M.D. La), *Grant v. Gusman*, 17-cv-2797 (E.D. La.), *Thomas v. Gryder*,

17-cv-01595 (M.D. La.), *Traweek v. Gusman*, 19-cv-01384 (E.D. La.), *Hicks v. DPS&C*, 19-108 (M.D. La.), and *McNeal v. DPS&C*, 18-cv-00736 (M.D. La.).

12. To my knowledge, neither my firm nor any attorney in my firm have any conflicts of interests that would prevent us from providing zealous representation of the named Plaintiff and the class.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge.

/s/ William Most                                                                 February 19, 2021
Signature                                                                              Date