UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOEL GIROIR** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-108-JWD-SDJ** |
| **JAMES LEBLANC, et al.** | |

# **ORDER**

Plaintiff, Joel Giroir, filed this potential class action on February 19, 2021, alleging systemic "overdetention" by the State of inmates subject to immediate release upon sentencing. (R. Doc. 1). Plaintiff has since moved for class certification. (R. Doc. 3).

On March 30, 2021, Preston G. Demouchette, Jr., a non-party inmate appearing pro se, filed 2 Motions—a combined Motion to [J]oin an Indispensable Party and Amend the Complaint (R. Doc. 14), and a Motion to Proceed In Forma Pauperis (R. Doc. 15)—which the Court now considers. For the reasons given below, both Motions must be **DENIED**.

First, Mr. Demouchette's Motion to [J]oin and Amend (R. Doc. 14), seeks to amend Plaintiff Joel Giroir's Complaint (R. Doc. 1) under Rule 15, in order add Mr. Demouchette as an indispensable co-plaintiff under Rule 19. However, as a non-party, Mr. Demouchette cannot move to amend Plaintiff Joel Giroir's Complaint under Rule 15, and the Motion must therefore be **DENIED**.

The Court also notes that class actions, like the one Plaintiff is pursuing here, are excepted from the indispensable party requirements of Rule 19(a)(1) and (2). *See* Fed. R. Civ. P. 19(d). For this additional reason, the Motion to [J]oin and Amend is **DENIED**.[1]

And because Mr. Demouchette's Motion to [J]oin and Amend is denied, his Motion to Proceed In Forma Pauperis (R. Doc. 15) must likewise be **DENIED as moot**.

Signed in Baton Rouge, Louisiana, on April 8, 2021.

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] To be clear, the Court does not consider and makes no determination as to Mr. Demouchette's alleged status as an indispensable party.