## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOEL GIROIR, on behalf of himself** | * | **CIVIL ACTION** |
| **and all similarly situated individuals,** | * | |
| | * | **NO.:  3:21-cv-00108-JWD-SDJ** |
| **VERSUS** | * | |
| | * | **JUDGE:** |
| **JAMES LEBLANC, in his official capacity** | * | **JOHN W. deGRAVELLES** |
| **as Secretary of the Louisiana Department** | * | |
| **of Public Safety & Corrections** | * | **MAGISTRATE JUDGE:** |
| | * | **SCOTT D. JOHNSON** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION TO DISMISS
## PURSUANT TO RULE 12(B)(6)

Defendants James LeBlanc, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections and the Louisiana Department of Public Safety & Corrections (collectively referred to as "Defendants"), respectfully submit this Motion to Dismiss Pursuant to Rule 12(b)(6). As more fully explained in the attached memorandum in support, Plaintiff's complaint fails to state a claim for prospective relief concerning any past harm. Further, plaintiff fails to state a claim for injunctive relief where the relief sought is vague and overbroad. Lastly, in the alternative, Defendants seek dismissal of any claim that arose more than one year before suit was filed, as these claims are prescribed.

WHEREFORE, Defendants pray that their motion to dismiss be granted, dismissing these claims.

        Respectfully submitted,

        JEFF LANDRY
        Attorney General

By:   /s/ Andrew Blanchfield
      Andrew Blanchfield, T.A. (#16812)
      Email: ablanchfield@keoghcox.com
      C. Reynolds LeBlanc (#33937)
      Email: rleblanc@keoghcox.com
      Christopher K. Jones (#28101)
      Email: cjones@keoghcox.com
      Chelsea A. Payne (#35952)
      Email: cpayne@keoghcox.com
      Special Assistant Attorneys General
      701 Main Street (70802)
      Post Office Box 1151
      Baton Rouge, Louisiana 70821
      Telephone: (225) 383-3796
      Facsimile: (225) 343-9612

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, and a copy of the above and foregoing was this day forwarded by the Court's ECF Delivery System to all counsel of record.

Baton Rouge, Louisiana, this 9th day of April, 2021

        /s/ Andrew Blanchfield
        Andrew Blanchfield