UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOEL GIROIR, on behalf of himself and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>JAMES LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,<br><br>Defendant. | CIVIL ACTION NO. 3:21-cv-108- JWD-SDJ |

### ORDER

Considering the foregoing Joint Motion to Consolidate for the Purposes of Discovery, IT IS ORDERED that the Parties' motion is **GRANTED,** and the above captioned matter **is consolidated with *Humphrey v. LeBlanc*, No. 3:20-cv-00233-JWD-SDJ (M.D. La. 2020) for the purposes of discovery**. Consolidation at this time is for discovery purposes only. The maximum numbers of discovery items permitted by the Federal Rules of Civil Procedure and the Local Rules (i.e., number of interrogatories, depositions, etc.) shall apply to each case separately and not to both cases in combination. Class certification discovery for *Giroir* will be completed by August 17, 2021. Plaintiffs' motion for class certification in *Giroir* will be due on or before September 3, 2021, Defendants' response will be due on or before October 1, and Plaintiffs' reply will be due on or before October 15.

Signed in Baton Rouge, Louisiana, this 4th day of May, 2021.

JUDGE JOHN W. DEGRAVELLES
UNITED STATES DISCTRICT COURT
MIDDLE DISTRICT OF LOUISIANA