**CTQ Consulting Group**

# Project Charter

Return to Main Screen

Humphrey "cycle time"
000238582

| Project Leader | Project Name | Project Coach | Project Champion | Process | LOB | Project Type | QPC # |
|---|---|---|---|---|---|---|---|
| Thomas Bickham & Jeff Travis | Louisiana Dept of Public Safety and Corrections | Mendy Richard | Secretary James LeBlanc / Thomas Bickham Undersecretary / Jeff Travis | Pre-Classification Process | Corrections | Improvement | 2/8/2012 |

## Problem Statement

Today the DOC Pre-Class (P/C) backlog leads to an unacceptable number of immediate releases. Improving this situation will result in financial savings, reduced risk and improved opportunities for reentry services through appropriate assignment of offenders. The backlog includes offender cases from conviction by the court system through the classification and pre process resulting in a "READY" status for the offender to be transferred to a facility with appropriate housing and **reentry** services.

## Business Case

The DOC mission is enhanced by the optimal utilization of a broad network of assets and partnerships that drive the housing and **rehabilitation** of convicted offenders. Critical to the mission is the accurate and timely transfer of information, as well as the safe transfer and housing of offenders, while providing the support and training to improve the success of reentry services. The transfer of offenders is driven by timely preclassification (P/C) processing. As of the end of January, there was a *1,446 case backlog statewide, which results in an average P/C processing delay of 110 days. (March= 1310, May= 1630 case backlog)* There is a 79% variability in the aging of the backlogged cases such that 25% of the cases exceed 123 days in process time from conviction to time computation. There is a 83.44% occurrence of an immediate release due to an earlier release date upon processing that excludes those with CTRP credit.

## Project Scope

Project includes transfers, backlogs, immediate releases, assignments and time computations.

**Primary Metrics**: # of Backlogs and the Aging of those backlogs

**Secondary Metric:** Salary Costs

## Project Goal Statement

Reduce Transfers per Offender prior to assignment to ARDC and/or Immediate Release from 2.65/1.83 transfers (respectively) to 1.9/ 1.1 transfers (respectively)

Reduce Backlog from 1310 to 0 (Conviction to P/C Ready for transfer)

Reduce the percentage of Immediate Releases by 80% (from 2252 to 450/yr). This excludes the immediate releases due to CTRP credit.

Reduce the average number of days per case for immediate releases from 71.69 days (non-CTRP) to 31 days

*Automate Time Computation - (Increase accuracy of time computation to reduce recalculation)*

## Project Team

| Role | Name | Organization |
|---|---|---|
| Project Leader | Jeff Travis | Corrections |
| Project Champion | James LeBlanc | Secretary |
| Project Champion | Thomas Bickham | Undersecretary |
| Project Coach/MBB | Mendy Richard | Kathi Sill- OMF |
| Project Green Belt | David McClendon | Training Academy |
| Team Member | Angela Whittaker | Corrections |
| Team Member | James Bueche | Corrections |
| Team Member | Angela Griffin | Corrections |
| Team Member | Mary Strickland | Corrections |
| Team Member | Melanie Gueho | Corrections |
| Team Member | Clay Heintz | Corrections |
| Team Member | Darryl Campbell | Corrections |
| Team Member | Steve Campbell | Training Academy |
| Team Member | Candace Reynolds | OMF |

| Project Plan Summary | 2012 |
|---|---|

## Tollgate Status

| Define | Measure | Analyze | Improve | Control |
|---|---|---|---|---|
| 2/8/12 thru 2/28/12 | 3/1/12 thru 4/29/12 | 4/30/12 thru 6/6/12 | 6/7/12 thru 7/30/12 | 8/1/12 thru 9/10/12 |