```
                UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF LOUISIANA
DE.'JUAN THOMAS,
     Plaintiff

     V.                      3:17-cv-01595-SDD-EWD

SALLY GRYDER, JAMES LEBLANC,
JERRY GOODWIN, DOES 1-10
     Defendants
_____
BRIAN McNEAL,
     Plaintiff

     V.                      No. 18-cv-00736-JWD-EWD

LOUISIANA DPS&C, et al
     Defendants
_____
ELLIS RAY HICKS,
     Plaintiff

     V.                      No. 19-108-SDD-RLB

LOUISIANA DPS&C, et al
     Defendants
_____
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
RODNEY GRANT,
     Plaintiff

     V.                      Case No.17-cv-2797-NJB-DEK

MARLIN GUSMAN, et al
     Defendants
```

1        DEPOSITION OF SECRETARY JAMES LEBLANC,
2 given in the above-entitled causes, pursuant to
3 the following stipulation, before Raynel E.
4 Schule, Certified Shorthand Reporter in and for
5 the State of Louisiana, at the Louisiana
6 Department of Public Safety and Correction, 604
7 Mayflower Street, Baton Rouge, Louisiana, 70802,
8 commencing at 10:00 o'clock a.m., on Thursday,
9 the 23rd day of May, 2019.

```
 1                    I N D E X
 2                                         Page
 3   Caption                                 1
 4   Appearances                             3
 5   Agreement of Counsel                    4
 6   Examination
 7         MR. MOST                          5
 8   Reporter's Certificate                108
 9
```

```
 1   APPEARANCES:
 2   For the Plaintiffs:
 3   WILLIAM MOST, ESQ.
     Attorney at Law
 4   201 St. Charles Avenue, Suite 114#101
     New Orleans, Louisiana   70170
 5
 6   For the Defendants:
 7   TUNDE M. ANIMASHAUN
     Assistant Attorney General
 8   Section Chief, Civil Rights
     Litigation Division
 9   P.O. Box 94005
     Baton Rouge, Louisiana   70804
10
     and
11
     JAMES "GARY" EVANS
12   Assistant Attorney General
     Litigation Division
13   P.O. Box 94005
     Baton Rouge, Louisiana   70804
14
     and
15
     JEFFERY A. "BEAU" WHEELER, II
16   Assistant Attorney General
     Litigation Division
17   P.O. Box 94005
     Baton Rouge, Louisiana   70804
18
     And
19
     JONATHAN R. VINING
20   General Counsel
     Louisiana Department of Public Safety  &
21       Corrections
     P.O. Box 94304
22   Baton Rouge, Louisiana   70804
23   Also Present:  Stephen Geist
24   Reported By:   Raynel E. Schule
                    Certified Shorthand Reporter
25                  State of Louisiana
26
```

S T I P U L A T I O N

It is stipulated and agreed by and among Counsel for the parties hereto that the deposition of SECRETARY JAMES LEBLANC is hereby being taken pursuant to the Federal Rules of Civil Procedure for all purposes in accordance with law;

That the formalities of reading and signing are not specifically waived;

That the formalities of sealing, certification, and filing are hereby specifically waived.

That all objections, save those as to the form of the question and responsiveness of the answer, are hereby reserved until such time as this deposition or any part thereof is used or sought to be used in evidence.

\* \* \* \* \*

Raynel E. Schule, Certified Shorthand Reporter in and for the State of Louisiana, officiated in administering the oath to the witness.

```
 1           SECRETARY JAMES LEBLANC, having been
 2      first duly sworn by Raynel E. Schule, was
 3      examined and testified on his oath as
 4      follows:
 5                    EXAMINATION
 6  BY MR. MOST:
 7  Q.   Good morning, Secretary.
 8  A.   Good morning.  How are you?
 9  Q.   I'm doing well, thanks.  Yeah.  My name as
10       you know is William Most.  I represent the
11       Plaintiffs in the four cases that we're
12       here for today, which is Thomas v Gryder,
13       McNeal v Louisiana Department of Public
14       Safety & Corrections, Hicks v Louisiana
15       Department of Public Safety & Corrections,
16       and Grant v Gusman.
17            MR. MOST:
18            Mr. Evans, can we stipulate that
19         the deposition was properly noticed,
20         and the court reporter is duly
21         qualified?
22            MR. EVANS:
23            We can -- we can stipulate that it
24         was properly noticed; however, for the
25         -- for the document requests other than
```

1    A.    Huh-huh.
2    Q.    And it seems to me the issue is better than
3          it was in 2012?
4    A.    It is better, and I -- I would hope that
5          that doesn't -- that doesn't -- that
6          includes the -- the -- you know, the good
7          time or the certification time earned for
8          program time in that, which would make it
9          even better.
10   Q.    Right, because if this figure excludes CTRP
11         credit, it's still a big problem, right?
12   A.    Yeah, it's a problem, yeah.  I mean, I'm
13         not sure where they pulled the informa --
14         you know, I don't know where -- how they --
15         the 2017 data, I'm not sure where they got
16         that from, but I'm assuming they got it
17         right, but I would think they looked at all
18         immediate releases.  I don't think they
19         eliminated the -- but we can find that out.
20   Q.    The next sentence says, "immediate releases
21         are costing the state $239,022 per month,"
22         right?
23   A.    Yes.
24   Q.    So that suggests that these are people who
25         should be out, correct?

1  A.  Correct.
2  Q.  Okay.  These -- and did -- did you know
3      about this back in 2017?
4  A.  About the grant?
5  Q.  No.  About these -- these figures or are
6      you just seeing these now through the --
7      this?
8  A.  No.  Well, I mean, I saw it through the
9      grant.
10 Q.  Okay.
11 A.  I didn't -- I didn't know the exact numbers
12     until I saw this.
13 Q.  Did you have a -- a sense of this even if
14     it wasn't the exact numbers in 2017?
15 A.  Actually, I -- you know, I -- I assumed
16     that things were improving based on all the
17     -- everything that we had done to improve
18     the system.  So I -- you know, I guess it
19     was a little bit of a surprise to me that
20     the numbers were still high as they are.
21 Q.  Yeah.
22 A.  But again, I -- I would -- I would have to
23     check on those numbers to make sure that
24     they didn't include the people that are in
25     the -- the good time credits and programs.

```
 1            MR. MOST:
 2               If you need electronic copies of
 3         any of this, let me know.  I think I
 4         got it all from you guys.
 5   BY MR. MOST:
 6   Q.   So Secretary LeBlanc, in 2017, the
 7        Louisiana Legislative Auditor came out with
 8        a report entitled, "Management of Offender
 9        Data:  Processes for Ensuring Accuracy
10        Department of Corrections," correct?
11   A.   Correct.
12   Q.   And this is excerpts of that report,
13        correct?
14   A.   Yes.
15   Q.   Did you see this report when it came out in
16        2017?
17   A.   I did.
18   Q.   All right, and you were part of the back-
19        and-forth with the auditor providing
20        information, et cetera?
21   A.   Correct.  I was -- you know, ultimately, I
22        met with the auditors, you know,
23        occasionally.  I mean, our staff were
24        meeting with them more -- you know, on more
25        occasions than -- than I.
```