# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOEL GIROIR, on behalf of himself and all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>JAMES LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections; and THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS,<br><br>Defendants. | CIVIL ACTION NO. 3:21-cv-108-JWD-SDJ |

## MOTION TO WITHDRAW

NOW COMES Plaintiffs, by and through their attorneys, LOEVY & LOEVY, and hereby seeks leave of the Court to withdraw attorney John Hazinski as counsel for Plaintiffs. In support, Plaintiffs state as follows:

1. Mr. Hazinski has concluded his employment at Loevy & Loevy, the firm representing Plaintiffs.

2. Plaintiffs will continue to be represented by Sarah Grady and Stephen Weil of Loevy & Loevy, Mercedes Montagnes, Rebecca Ramaswamy, and Nishi Kumar of The Promise of Justice Initiative and William Most of the Law Office of William Most, L.L.C.

3. No party will be prejudiced if Mr. Hazinski is permitted to withdraw his appearance in this matter

WHEREFORE, Plaintiff respectfully requests the Court enter an order permitting him to withdraw his appearance as counsel in this matter.

| | |
|---|---|
| Dated: November 18, 2021 | Respectfully submitted, |

/s/ *John Hazinski*

| | |
|---|---|
| Mercedes Montagnes | John Hazinski |
| Rebecca Ramaswamy | Sarah Grady |
| Nishi Kumar | Stephen Weil |
| The Promise of Justice Initiative | Loevy & Loevy |
| 1024 Elysian Fields Avenue | 311 N. Aberdeen, 3rd FL |
| New Orleans, LA 70117 | Chicago, IL 60607 |
| (504) 529-5955 | (312) 243-5900 |
| | Email: jhazinski@loevy.com |

William Most
Law Office of William Most, L.L.C.
Louisiana Bar No. 37764
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
(504) 509-5023

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, John Hazinski, an attorney, hereby certify that on November 18, 2021, I filed the foregoing motion using the Court's CM/ECF system, which effectuated service on all counsel of record.

*/s/ John Hazinski*