IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **Joel Giroir**, on behalf of themselves and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>**James LeBlanc**,<br><br>Defendant. | No. 3:21-cv-108-JWD-SDJ<br><br>Hon. John W. deGravelles,<br>District Judge<br><br>Hon. Scott D. Johnson,<br>Magistrate Judge |

## [Proposed] Order

The Court hereby grants Plaintiffs' Motion to Withdraw.

Dated: _____          _____
                                                                    United States District Court Judge