UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOEL GIROIR, on behalf of himself and all similarly situated individuals,

Plaintiff

v.                                                                    CIVIL ACTION NO. 3:21-cv-108-JWD-SDJ

JAMES LEBLANC, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections; and THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS,

Defendants

*************************************************************************

**NOTICE OF SUPPLEMENTAL AUTHORITY IN
SUPPORT OF DEFENDANTS' MEMORANDUM IN OPPOSITION
TO PLAINTIFF'S MOTION TO CERTIFY CLASS**

NOW INTO COURT, through undersigned counsel, come James LeBlanc, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections (hereinafter "James LeBlanc"), and the Louisiana Department of Public Safety & Corrections (hereinafter, "DPS&C") (collectively, James LeBlanc and DPS&C are referred to as "Defendants"), who respectfully submit this supplemental authority in support of its opposition to Plaintiff's Motion to Certify Class. (R.Doc. 25).

As supplemental authority in support of its Memorandum in Opposition to Plaintiff's Motion to Certify Class (R.Doc. 27), Defendants respectfully submit the Memorandum Ruling issued by the U.S. Fifth Circuit Court of Appeals on February 1, 2022, in *Rodney Grant v. James Leblanc*, No. 21-30230, 2022 WL 301546 (5th Cir. Feb. 1, 2022).[1]

---

[1] *See* copy of Ruling by *Circuit Judges* Barksdale, Engelhardt, and Oldham, attached as Exhibit 1.

In *Grant*, the Fifth Circuit emphasized the involvement of local sheriff's and clerk's offices, and the Secretary's lack of authority or control over them, in the context of the time computation process for the release of inmates. Their involvement is one of many reasons why the time computation and release process cannot be the same for any particular inmate, and which supports denial of Plaintiff's Motion to Certify Class.

Accordingly, this supplemental authority is supportive of Defendants' Memorandum in Opposition to Plaintiff's Motion to Certify Class and should be considered by the Court.

Respectfully submitted,

JEFF LANDRY
Attorney General

By: /s/ Christopher K. Jones
Andrew Blanchfield, T.A. (#16812)
Email: ablanchfield@keoghcox.com
C. Reynolds LeBlanc (#33937)
Email: rleblanc@keoghcox.com
Christopher K. Jones (#28101)
Email: cjones@keoghcox.com
Chelsea A. Payne (#35952)
Email: cpayne@keoghcox.com
Special Assistant Attorneys General
701 Main Street (70802)
Post Office Box 1151
Baton Rouge, Louisiana 70821
Telephone: (225) 383-3796
Facsimile: (225) 343-9612

3

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, and a copy of the above and foregoing was this day forwarded by the Court's ECF Delivery System to all counsel of record.

Baton Rouge, Louisiana, this 8th day of March, 2022.

                                      /s/ Christopher K. Jones
                                         Christopher K. Jones