## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**JOEL GIROIR**                                                                 **CIVIL ACTION**

**VERSUS**

**NO. 21-108-JWD-SDJ**

**JAMES LEBLANC, ET AL**

### ORDER

A settlement conference was held on August 17, 2022. After a period of negotiations, the parties were unable to reach a resolution at this time.

A follow-up Settlement Conference is set for September 16, at 1:00 p.m. by video.

Signed in Baton Rouge, Louisiana, on August 17, 2022.

*/s/ Scott D. Johnson*

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

C:cv33a; T: 03:50