UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIAN HUMPHREY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES LEBLANC,<br><br>Defendant. | Civil Action No. 3:20-cv-00233<br><br>Judge John W. deGravelles<br><br>Magistrate Judge Scott D. Johnson |
| JOEL GIROIR, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES LEBLANC, *et al.*,<br><br>Defendants. | Civil Action No. 3:21-cv-00108<br><br>Judge John W. deGravelles<br><br>Magistrate Judge Scott D. Johnson |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

In December 2020, the Special Litigation Section of the Department of Justice's Civil Rights Division (DOJ) and the three United States Attorney's Offices for the State of Louisiana opened an investigation into the Louisiana Department of Public Safety and Corrections' (LDOC) time computation and release practices.

On January 25, 2023, the DOJ published its Findings Report, wherein it concluded that "LDOC incarcerates <u>thousands</u> of individuals each year beyond their legal release dates in violation of the Fourteenth Amendment of the United States Constitution. These violations are pursuant to a pattern or practice of infringements on the constitutional rights of incarcerated persons." *See* Exhibit A (Findings Report) at 1 (emphasis added).

1

The DOJ specifically found that: (1) LDOC denies individuals' due process rights to timely release from incarceration; (2) LDOC's failure to implement adequate policies and procedures causes systemic overdetentions; and (3) LDOC is deliberately indifferent to the systemic overdetention of people in its custody. The DOJ summarized its findings as follows:

> Since at least 2012, <u>more than a quarter of the people set for release from LDOC's custody each year are instead held past their release date</u>, in violation of the due process protections of the Constitution. These violations are severe, systemic, and are both caused and perpetuated by serious ongoing deficiencies in LDOC's policies and practices. LDOC has persisted with these unconstitutional practices despite at least a decade of notice and clear recommendations for fixing the problem.

*Id.* (emphasis added).

Plaintiffs respectfully submit the DOJ's Final Report and related materials as supplemental authority in support of their pending motion for class certification:

- **Exhibit A**: DOJ Findings Report, dated January 25, 2023, entitled "Investigation of the Louisiana Department of Public Safety & Corrections"

- **Exhibit B**: DOJ Letter to Governor John Bel Edwards, dated January 25, 2023, entitled "Notice Regarding Investigation into the Louisiana Department of Safety and Corrections"

- **Exhibit C**: DOJ Statement, dated January 25, 2023, entitled "Justice Department Finds Louisiana Department of Public Safety and Corrections Violates the Constitution By Incarcerating People Beyond Their Release Dates"

The DOJ's blockbuster findings underscore the evidence already in the record: James LeBlanc has been deliberately indifferent to LDOC's long and widespread practice of overdetaining people who are entitled to immediate release. This systemic pattern and practice of unconstitutional behavior has resulted in egregious harm to all putative class members, who number in the thousands. Class certification is appropriate.

Dated: January 26, 2023

Respectfully submitted,

/s/ *Lydia Wright*
Mercedes Montagnes, La. Bar No. 33287
Lydia Wright, La. Bar No. 37926
Nishi Kumar, La. Bar No. 37415
The Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
Tel: (504) 529-5955
Fax: (504) 558-0378
Email: lwright@defendla.org

Stephen Weil, *admitted PHV*
Maria Makar, *admitted PHV*
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Tel: (312) 243-5900
Fax: (312) 243-5902
Email: weil@loevy.com

William Most, La. Bar No. 36914
Caroline Gabriel, La. Bar No. 38224
Most & Associates
201 St. Charles Avenue, Suite 114, #101
New Orleans, LA 70170
Telephone: (504) 509-5023
Email: williammost@gmail.com

*Attorneys for Plaintiffs*