# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOEL GRIOIR, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 3:21-cv-0108 ) |
| JAMES LEBLANC, | ) ) |
| Defendant. | ) ) |

## ORDER GRANTING MOTION TO SUBSTITUTE PLEADING

The Court hereby grants the Motion to Substitute Plaintiffs' Pleading regarding the Motion to Withdraw Attorney Stephen H. Weil (Dkt. 129).

Date: 10/10/2024

_____
United States District Judge