UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**BRIAN HUMPHREY, et al.**                                    CIVIL ACTION

**VERSUS**                                                    NO. 20-233-JWD-SDJ

**JAMES LEBLANC HUMPHREY**

**Consolidated for discovery only**

**BRIAN HUMPHREY, et al.**                                    CIVIL ACTION

                                                              NO. 21-108-JWD-SDJ
**VERSUS**

**JAMES LEBLANC HUMPHREY,** *et al.*

## ORDER

Considering the Plaintiffs' Motion to Reopen (Doc. 230),

**IT IS ORDERED** that the Motion to Reopen (Doc. 230) is **GRANTED**, and the administrative stay in the above-referenced cases is lifted as of the date of this order.

**IT IS FURTHER ORDERED** that is ordered to reinstate the following Motions that were previously terminated with administrative closures:

1. Doc. 104 Motion to Certify Class filed in Civil Action 20-233,

2. Doc. 25 Motion to Certify Class filed in Civil Action 21-108,

3. Doc. 28 Motion to Strike/Exclude Certain Evidence Offered by Plaintiff in Support of Motion to Certify Class (Doc. 28) in Civil Action 21-108.

**IT IS FURTHER ORDERED** that this matter is **referred** to Magistrate Judge Johnson for a scheduling conference.

Signed in Baton Rouge, Louisiana, on November 5, 2024.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**