# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIAN HUMPHREY, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> JAMES LEBLANC, <br><br> Defendant. | Civil Action No. 3:20-cv-00233 <br><br> Judge John W. deGravelles <br><br> Magistrate Judge Scott D. Johnson |
| JOEL GIROIR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JAMES LEBLANC, *et al.*, <br><br> Defendants. | Civil Action No. 3:21-cv-00108 <br><br> Judge John W. deGravelles <br><br> Magistrate Judge Scott D. Johnson |

## Motion to Substitute Pleading (In Order to Correct Deficiency)

**NOW INTO COURT**, through undersigned counsel, come the Plaintiffs, who request leave of court to substitute the attached *Joint Status Report* in place of the previously filed *Joint Status Report* (Rec. Doc. 137) to correct the deficiency in the signature.

Dated: December 19, 2024

                                       */s/ Samantha Bosalavage*
                                       Lydia Wright, La. Bar No. 37926
                                       Samantha Bosalavage, La. Bar No. 39808

The Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
Tel: (504) 529-5955
lwright@defendla.org

Maria Makar, a*dmitted PHV*
Meg Gould, *admitted PHV*
Loevy & Loevy
311 N. Aberdeen St.
Chicago, IL 60607
Tel: (312) 243-5900
gould@loevy.com

William Most, La. Bar No. 36914
Caroline Gabriel, La. Bar No. 38224
Most & Associates
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (504) 509-5023
williammost@gmail.com

*Attorneys for Plaintiffs*