## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIAN HUMPHREY, *et al.*, | Civil Action No. 3:20-cv-00233 |
| Plaintiffs, | Judge John W. deGravelles |
| v. | Magistrate Judge Scott D. Johnson |
| JAMES LEBLANC, | |
| Defendant. | |
| JOEL GIROIR, *et al.*, | Civil Action No. 3:21-cv-00108 |
| Plaintiffs, | Judge John W. deGravelles |
| v. | Magistrate Judge Scott D. Johnson |
| JAMES LEBLANC, *et al.*, | |
| Defendants. | |

### Memorandum in Support of Motion to Substitute Pleading (In Order to Correct Deficiency)

**NOW INTO COURT**, through undersigned counsel, come the Plaintiffs, who request leave of court to substitute the attached *Joint Status Report* in place of the previously filed *Joint Status Report* (Rec. Doc. 137) to correct the deficiency in the signature.

Dated: December 19, 2024

                                           */s/ Samantha Bosalavage*
                                           Lydia Wright, La. Bar No. 37926
                                           Samantha Bosalavage, La. Bar No. 39808

The Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
Tel: (504) 529-5955
lwright@defendla.org

Maria Makar, a*dmitted PHV*
Meg Gould, *admitted PHV*
Loevy & Loevy
311 N. Aberdeen St.
Chicago, IL 60607
Tel: (312) 243-5900
gould@loevy.com

William Most, La. Bar No. 36914
Caroline Gabriel, La. Bar No. 38224
Most & Associates
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (504) 509-5023
williammost@gmail.com

*Attorneys for Plaintiffs*