# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HUMPHREY, *et al.*, | |
| Plaintiffs, | Civil Action No. 3:20-cv-0233 |
| v. | |
| LEBLANC, | Judge John W. deGravelles |
| Defendant. | Magistrate Judge Scott D. Johnson |
| GIROIR, *et al.*, | |
| | Civil Action No. 3:21-cv-108 |
| Plaintiffs, | |
| v. | Judge John W. deGravelles |
| LEBLANC, e*t al.*, | Magistrate Judge Scott D. Johnson |
| Defendants. | |

## [PROPOSED] ORDER

Considering the foregoing *Motion to Substitute Pleading (In Order to Correct Deficiency),*

**IT IS ORDERED** that the Motion is GRANTED and the Joint Status Report (Rec. Doc. 137) is substituted with the Joint Status Report attached to Plaintiffs' Motion.

Signed in Baton Rouge, Louisiana, this _____ day of _____, 2024.

                                                    _____
                                                    JUDGE JOHN W. DeGRAVELLES
                                                    MAGISTRATE JUDGE SCOTT D. JOHNSON
                                                    UNITED STATES DISTRICT COURT
                                                    MIDDLE DISTRICT OF LOUISIANA