**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**JOEL GIROIR**, on behalf of himself and all others similarly situated,

*Plaintiff*,

v.

**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections; and the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS,**

*Defendants*.

3:21-cv-00108-JWD-SDJ

**MOTION TO ENROLL DOMONIQUE S. COLLINS *PRO HAC VICE***

NOW INTO COURT, Plaintiff Joel Giroir, who respectfully moves this Honorable Court pursuant to the Local Rules of this Court for an order permitting DOMONIQUE S. COLLINS to appear *pro hac vice* as counsel for Plaintiff in this case.

In support of this motion, Plaintiff, through undersigned counsel, states as follows:

1. DOMONIQUE S. COLLINS is an Associate at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP;

2. DOMONIQUE S. COLLINS is a member in good standing in the Bars of the State of New York and the District of Columbia. Her New York State Bar Registration Number is 6064802, and her D.C. Bar Registration Number is 90043658. There have been no disciplinary proceedings or criminal charges instituted against her. In support of this motion, attached are a Declaration and a Certificate of Good Standing from the District of Columbia Court of Appeals for DOMONIQUE S. COLLINS.

3. The mailing address for DOMONIQUE S. COLLINS is Paul, Weiss, Rifkind,

Wharton & Garrison LLP, 2001 K Street, Washington, D.C. 20006-1047.

4. The telephone number for DOMONIQUE S. COLLINS is (202) 223-7462.

5. The e-mail address for DOMONIQUE S. COLLINS is dcollins@paulweiss.com.

6. The name and office address of the Louisiana attorney with whom DOMONIQUE S. COLLINS is associated for the purpose of this case is Samantha Pourciau, The Promise of Justice Initiative, 1024 Elysian Fields Avenue, New Orleans, Louisiana 70117. Ms. Collins seeks admission *pro hac vice* in this case to represent Plaintiff Joel Giroir, in association with Ms. Pourciau, a resident attorney admitted to practice in this Court.

7. DOMONIQUE S. COLLINS is familiar with the Federal Rules of Civil Procedure and agrees to abide by those rules and the Local Rules of this Court.

Respectfully submitted,

Dated: October 15, 2026

By: */s/ Samantha Pourciau* _________

Samantha Pourciau, La. Bar No. 39808

Senior Staff Attorney
THE PROMISE OF JUSTICE INITIATIVE
1024 Elysian Fields Avenue
New Orleans, LA 70117
Tel: (504) 529-5955, ext.
749
sbosalavage@defendla.org

*Counsel for Plaintiff*