**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOEL GIROIR**, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections; and the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS,**<br><br>*Defendants*. | 3:21-cv-00108-JWD-SDJ<br><br>**MOTION TO ENROLL JEREMY A. BENJAMIN *PRO HAC VICE*** |

NOW INTO COURT, Plaintiff Joel Giroir, who respectfully moves this Honorable Court pursuant to the Local Rules of this Court for an order permitting JEREMY A. BENJAMIN to appear *pro hac vice* as counsel for Plaintiff in this case.

In support of this motion, Plaintiff, through undersigned counsel, states as follows:

1. JEREMY A. BENJAMIN is a Senior Counsel at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP;

2. JEREMY A. BENJAMIN is a member in good standing in the Bar of the State of New York. His New York State Bar Registration Number is 4770277. There have been no disciplinary proceedings or criminal charges instituted against him. In support of this motion, attached are a Declaration and a Certificate of Good Standing for JEREMY A. BENJAMIN.

3. The mailing address for JEREMY A. BENJAMIN is Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064.

4. The telephone number for JEREMY A. BENJAMIN is (212) 373-3502.

5. The e-mail address for JEREMY A. BENJAMIN is jbenjamin@paulweiss.com.

6. The name and office address of the Louisiana attorney with whom JEREMY A. BENJAMIN is associated for the purpose of this case is Samantha Pourciau, The Promise of Justice Initiative, 1024 Elysian Fields Avenue, New Orleans, Louisiana 70117. Mr. Benjamin seeks admission *pro hac vice* in this case to represent Plaintiff Joel Giroir, in association with Ms. Pourciau, a resident attorney admitted to practice in this Court.

7. JEREMY A. BENJAMIN is familiar with the Federal Rules of Civil Procedure and agrees to abide by those rules and the Local Rules of this Court.

Respectfully submitted,

Dated: October 15, 2026

By: */s/ Samantha Pourciau*

Samantha Pourciau, La. Bar No. 39808

Senior Staff Attorney
THE PROMISE OF JUSTICE INITIATIVE
1024 Elysian Fields Avenue
New Orleans, LA 70117
Tel: (504) 529-5955, ext.
749
sbosalavage@defendla.org

*Counsel for Plaintiff*