**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**JOEL GIROIR,** on behalf of himself and all others similarly situated,

*Plaintiff*,

v.

**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections; and the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS,**

*Defendants*.

3:21-cv-00108-JWD-SDJ

**[PROPOSED] ORDER**

Considering the foregoing Motion to Enroll Pro Hac Vice,

**IT IS ORDERED** that attorney **Jeremy A. Benjamin** be enrolled as counsel of record for Plaintiff in the above-captioned matter.

Signed in Baton Rouge, Louisiana, this ____ day of _______________, 2026.

_______________________________
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA