**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOEL GIROIR,** on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**JAMES LEBLANC**, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections; and the **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS,**<br><br>*Defendants*. | 3:21-cv-00108-JWD-SDJ<br><br>**DECLARATION OF JOSHUA STALLINGS** |

I, Joshua Stallings, declare pursuant to 28 U.S.C. § 1746 as follows:

1. My name is JOSHUA STALLINGS. I am over 18 years of age. I am fully competent to make this declaration, and I have personal knowledge of the facts stated in this declaration. To my knowledge, all of the facts stated herein are true and correct.

2. I am licensed in the State of New York and am an Associate at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP. I make this declaration in support of my application for my admission *pro hac vice* in the above-captioned matter.

3. I am a member in good standing in the Bar of the State of New York. Attached hereto is a certificate of good standing from the State of New York.

4. In compliance with Local Rule 83(b)(8), I hereby affirm my oath that there have been no disciplinary proceedings or criminal charges instituted against me.

5. In accordance with the Local Rules of the United States District Court for the Middle District of Louisiana, Samantha Pourciau will act as local counsel.

6. I DO SOLEMNLY SWEAR that I will conduct myself as an attorney and counselor in this Court, uprightly and according to law; and that I will support the Constitution of the United States.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 15, 2026
New York, New York

*/s/ Joshua Stallings*
JOSHUA STALLINGS