**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| BRIAN HUMPHREY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES LEBLANC,<br><br>Defendant. | Case No. 3:20-cv-00233-JWD-SDJ |
| JOEL GIROIR, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES LEBLANC, et al.,<br><br>Defendants. | Case No. 3:21-cv-00108-JWD-SDJ |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that Paul, Weiss, Rifkind, Wharton & Garrison LLP has relocated its New York office to the following address as of November 16, 2026:

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1345 Avenue of the Americas
New York, NY 10105–0302
Tel: (212) 373-3000
Fax: (212) 757-3990

DATED: November 17, 2026

Respectfully submitted,

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/ Jeremy A. Benjamin*
Jeremy A. Benjamin *(pro hac vice)*
Joshua Stallings *(pro hac vice)*
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1345 Avenue of the Americas
New York, NY 10105–0302
Tel: (212) 373-3000
Fax: (212) 757-3990
jbenjamin@paulweiss.com
jstallings@paulweiss.com

**THE PROMISE OF JUSTICE INITIATIVE**

*/s/ Samantha Pourciau*
Samantha Pourciau, La. Bar 39808
The Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
Tel: (504) 529-5955
sbosalavage@defendla.org

*Attorneys for Named Plaintiffs*